**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, in her official capacity as Director of the Division of Elections of the State of Alaska; the ELECTION BOARDS OF THE STATE OF ALASKA; and the STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>Defendants. | Case No. 3:26-cv-00376-SLG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE** |

Before the Court is the Motion for Leave to File Brief of Amicus Curiae filed by non-party Thomas A. Lamb, a self-represented Alaska voter, seeking leave to file a brief as amicus curiae in opposition to the declaratory and injunctive relief requested in Plaintiff's Complaint. The proposed brief was lodged with the motion.

Having considered the motion, IT IS ORDERED that the motion is GRANTED. The Clerk of Court shall file the Brief of Amicus Curiae of Thomas A. Lamb, lodged with the motion, as of the date of this Order.

DATED this ____ day of ____________, 2026, at Anchorage, Alaska.

_____________________________
SHARON L. GLEASON
Chief United States District Judge