David R. Fox*
Joshua Abbuhl*
Qizhou Ge*
Max C. Accardi*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 948-1135
*dfox@elias.law*
*jabbuhl@elias.law*
*age@elias.law*
*maccardi@elias.law*

**Pro Hac Vice* Applications Forthcoming

Thomas P. Amodio
Kevin M. Boots
Lily Ginsburg
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
*tom@reevesamodio.com*
*kevin@reevesamodio.com*
*lginsburg@reevesamodio.com*

Attorneys for Proposed Intervenors
Alaskans for Mary and DSCC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF ALASKA; CAROL BEECHER, in her official capacity as Director of the Division of Elections of the State of Alaska; the ELECTION BOARDS of the STATE OF ALASKA; and the BALLOT COUNTING REVIEW BOARDS of the STATE OF ALASKA,

Defendants.

Case No. 3:26-cv-00376-SLG

**[PROPOSED] ORDER GRANTING ALASKANS FOR MARY AND DSCC'S MOTION TO INTERVENE**

Before the Court is Alaskans for Mary and DSCC's Motion to Intervene as Defendants in this action. The Court, having considered the materials submitted in connection with the motion, and finding good cause shown, hereby **ORDERS** that the

motion is **GRANTED**. Alaskans for Mary and DSCC are hereby joined as Intervenor-Defendants for all purposes in this matter.

**SO ORDERED**.

DATED this _____ day of ______________, 2026, at Anchorage, Alaska.

_____________________________
Honorable Sharon L. Gleason
United States District Court Judge