# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

**DECLARATION OF RISÉ ROY**

Pursuant to 28 U.S.C. § 1746, I, Risé Roy, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I am a resident of Alaska. I live in Fairbanks, and I have lived here for nearly 40 years.

3. I am an eligible, registered voter in Alaska. I have voted regularly in local, state, and federal elections. I have already voted early in the 2026 mid-term election, including for the office of United States Senator. It was clear to me on the face of the ballot which candidate for office with the last name Sullivan was the incumbent U.S. Senator and which was not.

4. I understand that the United States has asked the Court to order the state not to certify the elections if the current incumbent U.S. Senator, Dan Sullivan, does not win the election, pending some sort of investigation into voters' intent.

5. I was outraged to hear that the federal government was seeking to prevent the state of Alaska from certifying the results of our elections.

6. If the United States received the relief that it sought, I would be deprived of my constitutional right to vote and have our votes translated into representation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 23rd day of October 2026.

Rise Roy
Rise Roy (Oct 23, 2026 20:30:00 AKDT)

Risé Roy