# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

**DECLARATION OF JAN JAKUB GRZEDA**

Pursuant to 28 U.S.C. § 1746, I, Jan "Kuba" Jakub Grzeda, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I first moved to Alaska in 1995 and have been an Alaska resident ever since. I live in Fairbanks.

3. I am an eligible, registered voter in Alaska. I have voted regularly in local, state, and federal elections. I plan to vote in the 2026 Midterm Elections, including the election for United States Senator.

4. It is my understanding that the United States seeks an order prohibiting the State from certifying the election results, pending some sort of investigation into voters' intent if our current Senator is not re-elected.

5. I do not understand how that would even be possible without violating the secret ballot. The confidentiality of my vote is important to me, and I do not waive my right to a secret ballot. I strongly object to any efforts to intrude upon the secrecy of the ballot.

6. If the state is prohibited from certifying election results for the 2026 Senate election, I will be disenfranchised. If the state is unable to certify the results of a validly conducted election, it will have the effect of nullifying the ballots and voice of every single Alaskan.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 23rd day of October 2026.

Jan Jakub Grzeda
Jan Jakub Grzeda (Oct 23, 2026 21:19:32 AKDT)
______________________________

Jan Jakub Grzeda