# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

**DECLARATION OF SARAH MOORE**

Pursuant to 28 U.S.C. § 1746, I, Sarah Moore, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I am Co-President of the League of Women Voters of Alaska (LWVAK). I am also a member of LWVAK. In my role as Co-President, I am familiar with the work of the organization and our membership. In my role, I am responsible for coordinating LWVAK's work, including setting annual priorities that advance our mission for voter education and civic engagement.

3. LWVAK is a 501(c)(3) nonprofit, nonpartisan, membership organization committed to educating Alaskan voters; encouraging voter involvement in local, state, and federal elections; and ensuring voter access and protection.

4. LWVAK is the Alaska affiliate of the national League of Women Voters (LVW), and consists of four local leagues in Anchorage, Juneau, Kenai Peninsula, and Tanana Valley, with a "member-at-large" category for members who live in more rural parts of the state. LWVAK is made up of Alaskan volunteers committed to the organization's core values of empowering voters and defending democracy.

5. Pursuant to its bylaws, LWVAK is organized and operated as a membership organization and brings this action on behalf of itself and in a representative capacity on behalf of its members.

6. Pursuant to its bylaws, any person who subscribes to the purposes and policy of the League shall be eligible for membership. Any individual of at least 16 years of age residing within Alaska and who lives within an area of a local League can join that League as a voting member. Any such person who resides outside the area of any local League, and who has not joined a nearby local League, shall be a voting member as a state member-at-large of the LWVAK.

7. LWVAK has approximately 500 members throughout Alaska, the majority of whom are citizens 18 years of age or older who are registered to vote or eligible to register to vote in Alaska.

8. LWVAK's purpose is to promote political responsibility through informed and active participation in government and to act on selected governmental issues. Ensuring voter protection and access to the franchise are core priorities of the LWVAK.

9. LWVAK's members live throughout the state and include registered voters who would be disenfranchised if the state is prohibited from certifying election results for the 2026 Senate election.

10. LWVAK has a long-standing interest in ensuring that all eligible Alaskan voters participate in government and politics through the electoral process and that the Alaskan election process treats all voters fairly; including by counting the vote of every registered voter.

11. Any federally imposed prohibition on certification of the results of the free and fairly conducted general election threatens the ability of Alaskans to exercise their right to vote. Further, invalidating the results of a fairly conducted election will undermine our mission of encouraging voter involvement in local, state, and federal elections; and ensuring voter access and protection.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 23rd day of October 2026.

________________________________

Sarah Moore
Co-President
League of Women Voters of Alaska