# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

**DECLARATION OF ELENA NUNEZ**

Pursuant to 28 U.S.C. § 1746, I, Elena Nunez, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I am the Senior Vice President, States, for Common Cause. I am also a member of Common Cause. In my role as Senior Vice President, I am familiar with the work of the organization and our membership. As Senior Vice President, States, I directly oversee all Common Cause state operations and support Common Cause work across the country, including our work to protect voting rights, promote ethical government, and hold power accountable. I also engage with Common Cause's policy, organizing, and external affairs staff to advance pro-voter, pro-democracy policy throughout the country, including in Alaska.

3. Common Cause is a nonprofit, nonpartisan membership organization incorporated under the laws of the District of Columbia. Pursuant to its bylaws, Common Cause is organized and operated as a membership organization and brings this action on behalf of itself and in a representative capacity on behalf of its members.

4. Pursuant to its bylaws, Common Cause has defined who qualifies as a member. Under its definition, a "member" of Common Cause is any individual who, within the past two years, (a) made a financial contribution to the organization; or (b) has taken meaningful action in support of Common Cause's advocacy work. Such meaningful action includes, but is not limited to, signing petitions directed to government officials; participating in letter-writing or phone-banking campaigns; attending town halls, workshops, or rallies organized by Common Cause; or otherwise engaging in activities designed to advance the organization's mission. There are more than 2,500 Common Cause members in Alaska.

5. Common Cause's mission is to uphold the core values of American democracy by creating an open, honest, and accountable government that serves the public interest, promotes equal rights, opportunity, and representation for all, and empowers people to make their voices heard in the political process.

6. Common Cause's members in Alaska live throughout the state and include registered voters who would be disenfranchised if the state is prohibited from certifying election results for the 2026 Senate election.

7. Common Cause believes the right to vote is the cornerstone of a functioning democracy. We are committed to ensuring that every eligible person can register, cast their ballot, and have their ballots counted in Alaska, and across the United States.

8. A federally imposed prohibition on certification of the results of a free and fairly conducted election threatens the decentralized structure of U.S. elections, which Common Cause defends as a safeguard against authoritarianism. Further, invalidating the results of a fairly conducted election will undermine our mission of promoting electoral access and participation in a functioning democracy in Alaska.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 23rd day of October 2026.

________________________________
Elena Nunez
Senior Vice President for States