**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

## EXHIBIT TABLE OF CONTENTS

| Exhibit No. | Description |
|---|---|
| 1 | Proposed Motion to Dismiss |
| 2 | Declaration of Risé Roy |
| 3 | Declaration of Jan Jakub Grzeda |
| 4 | Declaration of Sarah Moore |
| 5 | Declaration of Elena Nunez |