**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

**[PROPOSED] ORDER**

On October 23, 2026, Proposed Intervenors Risé Roy, Jan Jakub Grzeda, League of Women Voters of Alaska, and Common Cause moved to intervene in this matter. Having considered Proposed Intervenors' motion along with the materials filed in support thereof, as well as any opposition thereto, the Court finds good cause to grant the motion. The requirements of Rule 24(a) are granted in that the motion was timely filed; the Proposed Intervenors have substantial interests in the case, including their interests in the unfettered right to vote; the Proposed Intervenors' interests could be affected or impaired by the disposition of the case; and Proposed Intervenors may not be adequately represented by the existing parties. Moreover, the Court would in the alternative grant permissive intervention under Rule 24(b) because the motion is timely and these Proposed Intervenors' participation will aid in the effective airing of issues and the ultimate disposition of the case.

Accordingly, it is hereby ORDERED that the Motion is GRANTED.

IT IS SO ORDERED on this _________ day of ______________, 2026.

_____________________________
Hon. Sharon L. Gleason
United States District Court Judge