David R. Fox*
Joshua Abbuhl*
Qizhou Ge*
Max C. Accardi*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 948-1135
*dfox@elias.law*
*jabbuhl@elias.law*
*age@elias.law*
*maccardi@elias.law*

**Pro Hac Vice* Applications Forthcoming

Thomas P. Amodio
Kevin M. Boots
Lily Ginsburg
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
*tom@reevesamodio.com*
*kevin@reevesamodio.com*
*lginsburg@reevesamodio.com*

Attorneys for Proposed Intervenors
Alaskans for Mary and DSCC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF ALASKA; CAROL BEECHER, in her official capacity as Director of the Division of Elections of the State of Alaska; the ELECTION BOARDS of the STATE OF ALASKA; and the BALLOT COUNTING REVIEW BOARDS of the STATE OF ALASKA,

Defendants.

Case No. 3:26-cv-00376-SLG

**ALASKANS FOR MARY AND DSCC'S EMERGENCY MOTION TO EXPEDITE CONSIDERATION OF THEIR MOTIONS TO INTERVENE AND TO DISMISS**

Proposed Intervenors Alaskans for Mary and DSCC respectfully file this emergency motion to expedite the Court's consideration of their Motion to Intervene, ECF No. 5, their Motion for Leave to File a Motion to Dismiss, ECF No. 8, and their proposed Motion to Dismiss itself, ECF No. 8-1. Proposed Intervenors request that the Court order the Department of Justice ("DOJ") and the existing Defendants at their option, to simultaneously respond to all three motions by 5:00 p.m. AKDT on Tuesday, October 27; to allow Proposed Intervenors to file a reply by 12:00 p.m. AKDT on Wednesday, October 28, and for the Court to resolve the motions as soon as possible this week.

DOJ filed this lawsuit in the midst of the ongoing general election, less than two weeks before election day, raising issues governed exclusively by state law that were definitively resolved by the Alaska Supreme Court months ago. DOJ seeks an unprecedented order precluding certification of the U.S. Senate election if the candidate the President favors loses narrowly. As the proposed Motion to Dismiss reflects, DOJ's claims are utterly without legal basis. The Court should not allow this lawsuit to hang like the Sword of Damocles over the ongoing election, lending false legitimacy to the President's and the Attorney General's ongoing efforts to spread false narratives about Alaska's elections as voting continues and as results begin to be tabulated next week.

**Proposed Intervenors respectfully request that the Court order DOJ to respond to the Motion to Intervene, the Motion for Leave to File a Motion to Dismiss, and the proposed Motion to Dismiss itself by Tuesday at 5:00 p.m., allow for a reply by Wednesday at 12:00 p.m., and dismiss the case this week**.

In accordance with Local Rule 7.3(a), the attached declaration from counsel for Proposed Intervenors details the facts supporting the need for expedited consideration.

Dated: October 25, 2026.

REEVES AMODIO LLC

Attorneys for Proposed Intervenors

By: /s/ *Thomas P. Amodio*
Thomas P. Amodio, ABA #8511142
*tom@reevesamodio.com*

By: /s/ *Lily Ginsburg*
Lily Ginsburg, ABA #2411117
*lginsburg@reevesamodio.com*

By: /s/ *Kevin M. Boots*
Kevin M. Boots, ABA #0912090
*kevin@reevesamodio.com*

500 L Street, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 222-7100

David R. Fox*
Joshua Abbuhl*
Qizhou Ge*
Max C. Accardi*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 948-1135
*dfox@elias.law*
*jabbuhl@elias.law*
*age@elias.law*
*maccardi@elias.law*

**Pro Hac Vice* Applications Forthcoming

Attorneys for Proposed Intervenors
Alaskans for Mary and DSCC

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

In addition, in accordance with Rule 7.3(a), because State Defendants have not yet appeared, copies of this motion will be immediately served by email on Rachel Witty at the Alaska Department of Law, who represented the Division of Elections in *Sullivan v. Division of Elections* earlier this year.

/s/ *Kevin M. Boots*
Kevin M. Boots