David R. Fox*
Joshua Abbuhl*
Qizhou Ge*
Max C. Accardi*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 948-1135
*dfox@elias.law*
*jabbuhl@elias.law*
*age@elias.law*
*maccardi@elias.law*

**Pro Hac Vice* Applications Forthcoming

Thomas P. Amodio
Kevin M. Boots
Lily Ginsburg
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
*tom@reevesamodio.com*
*kevin@reevesamodio.com*
*lginsburg@reevesamodio.com*

Attorneys for Proposed Intervenors
Alaskans for Mary and DSCC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF ALASKA; CAROL BEECHER, in her official capacity as Director of the Division of Elections of the State of Alaska; the ELECTION BOARDS of the STATE OF ALASKA; and the BALLOT COUNTING REVIEW BOARDS of the STATE OF ALASKA,

Defendants.

Case No. 3:26-cv-00376-SLG

**DECLARATION OF DAVID R. FOX IN SUPPORT OF EMERGENCY MOTION TO EXPEDITE**

I, David R. Fox, declare as follows:

1. I am a Partner at Elias Law Group LLP and counsel to Alaskans for Mary and DSCC in this matter. I am admitted to practice in the District of Columbia, Virginia, Massachusetts, and Nevada. My application to appear *pro hac vice* in this matter is being prepared and will be filed within the next day.

2. The general election in Alaska is well underway. The general election ballot design was released on August 31, ballots were mailed on October 9, and in-person early voting began on October 19.

3. The Department of Justice ("DOJ") filed this lawsuit on October 22. It seeks to enjoin the certification of Alaska's election for U.S. Senate, but only if incumbent Senator Dan S. Sullivan narrowly loses. DOJ's legal claims are entirely baseless, with one election law professor describing the legal argument as "one of the worst ones I've ever seen."[1]

4. Since filing the lawsuit, however, the President and the Attorney General have seized on it to cast doubt about the lawfulness of Alaska's Senate election.

5. The Attorney General argued on national television this morning that DOJ filed the lawsuit because "if the law is broken, then any State should not certify" their election results, and that "Alaskans are gonna go to the ballots [sic] potentially

---

[1] Derek Muller, *Citing Preamble to NVRA, DOJ Sues to Enjoin Certification of Alaska's Senate Race*, Election L. Blog (Oct. 23, 2026), https://perma.cc/QTA8-EUBR.

confused . . . which is not something that's allowed to happen in this country."[2] The President pointed to this lawsuit yesterday as support for his statement that the ongoing election is an "impending crime and tragedy."[3]

6. If this lawsuit remains pending when results from Alaska's Senate race begin to be released next Tuesday, November 3, and if those results suggest a narrow victory for Mary Peltola, Alaskans for Mary and DSCC are seriously concerned that the Attorney General and the President will use the pending lawsuit to falsely suggest that there is doubt about the lawfulness of Alaska's election results, without any legal basis, to lay the groundwork for unlawful efforts to challenge a potential Peltola victory.

7. To prevent further damage to public trust in Alaska's elections from this meritless lawsuit, Alaskans for Mary and DSCC ask the Court to expedite consideration of their Motion to Intervene and of their proposed Motion to Dismiss, and to dismiss the case this week, before election day.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: October 25, 2025

*<u>/s/ David R. Fox</u>*

David R. Fox

---

[2] Aaron Rupar (@atrupar), X (Oct 25, 2026, at 9:23 AM ET), https://x.com/atrupar/status/2114347097222787164?s=20 [https://perma.cc/7FFR-KVR3].

[3] Donald J. Trump (@realDonaldTrump), Truth Social (Oct. 24, 2026, at 11:13 PM ET), https://truthsocial.com/@realDonaldTrump/posts/117499362600085167.