Cindy Woods (AK Bar # 2510078)
Eric Glatt (AK Bar # 1511098)
ACLU of Alaska Foundation
P.O. Box 90744
Anchorage, AK 99509
(907) 258-0044
cwoods@acluak.org

Ari Savitzky* (AK Bar # NA21918)
Ming Cheung*
Theresa J. Lee* (AK Bar # NA21922)
Garrett Muscatel*
Sophia Lin Lakin* (AK Bar # NA21593)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
asavitzky@aclu.org

*Attorneys for Proposed Intervenors Risé Roy, Jan Jakub Grzeda, League of Women Voters of Alaska, and Common Cause*

**Application for pro hac vice admission forthcoming*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

**JOINDER IN MOTION TO EXPEDITE OF PROPOSED INTERVENORS RISÉ ROY, JAN JAKUB GRZEDA, LEAGUE OF WOMEN VOTERS OF ALASKA, AND COMMON CAUSE**

On October 23, Alaska voters Risé Roy and Jan Jakub Grzeda, and League of Women Voters of Alaska and Common Cause, two non-partisan civil society organizations with thousands of Alaska voter members, moved to intervene as defendants in this action. *See* Dkt. No. 6; *see also* Dkt. Nos. 6-2, 6-3, 6-4, 6-5 (Declarations of Ms. Roy, Mr. Grzeda, and representatives from the League of Women Voters of Alaska and Common Cause). As Rule 24(c) compliance, Proposed Intervenors submitted a motion to dismiss pursuant to Rule 12(b)(6) fully setting forth the grounds for immediate dismissal of the United States's frivolous, election-eve lawsuit seeking to block certification of Alaska's imminent U.S. Senate election. *See* Dkt. No. 6-1.Proposed Intervenors now join in the recently-filed motion of Alaskans for Mary and the Democratic Senatorial Campaign Committee (the Democratic Campaign Intervenors) for expedition on the pending motions for intervention, and the proposed motions to dismiss. *See* Dkt. No. 9. Voting in Alaska is already underway. *Democratic Nat'l Comm. v. Wisconsin State Legislature*, 592 U.S. 1039, 1043 (2020) (Kavanaugh, J., concurring) ("The Court's precedents recognize a basic tenet of election law: When an election is close at hand, the rules of the road should be clear and settled.") (collecting cases). The relief sought in the United States' baseless lawsuit threatens Alaskans' right to vote and undermines the ongoing work of groups like the League of Women Voters of Alaska and Common Cause to encourage and promote civic participation and confidence in our form of government. *See* Dkt. Nos. 6-4, 6-5. The public interest favors the full participation of parties representing voters and non-partisan interests in this action from the earliest moments, and, even more so, the swift dismissal of the action with prejudice.

Proposed Intervenors accordingly join in the Democratic Campaign Intervenors' motion to expedite and ask that their Motion to Intervene and their Proposed Motion to Dismiss be considered on the schedule proposed by the Democratic Campaign Intervenors or any other expedited schedule ordered by the Court that allows for the participation of all the parties, including the State Defendants.

**CONCLUSION**

For the foregoing reasons, Proposed Intervenors request that their Motion to Intervene and Proposed Motion to Dismiss be considered on an expedited basis.

DATED: October 26, 2026

Respectfully submitted,

/s/ Eric Glatt

Eric Glatt (AK Bar # 1511098)
Cindy Woods (AK Bar # 2510078)
ACLU of Alaska Foundation
P.O. Box 90744
Anchorage, AK 99509
(907) 258-0044
cwoods@acluak.org
eglatt@acluak.org

Ari Savitzky* (AK Bar # NA21918)
Ming Cheung*
Theresa J. Lee* (AK Bar # NA21922)
Garrett Muscatel*
Sophia Lin Lakin* (AK Bar # NA21593)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
asavitzky@aclu.org

**Application for pro hac vice admission forthcoming*

*Attorneys for Proposed Intervenors Risé Roy, Jan Jakub Grzeda, League of Women Voters of Alaska, and Common Cause*

## WORD COUNT CERTIFICATION

I hereby certify that the foregoing document, exclusive of caption and signatures, contains less than 5,700 words typed in Times New Roman, 13-point font.

*/s/ Eric Glatt*
Eric Glatt
ACLU of Alaska Foundation