# Exhibit A

**DAVID R. FOX**
**ADMISSIONS**

| Court | Address | Bar or Registration Number | Date of Admission | Active Member in Good Standing? |
|---|---|---|---|---|
| District of Columbia Court of Appeals | 430 E St NW<br>Washington, DC 20001<br>(202) 879-1010 | 1015031 | 7/12/2013 | Yes |
| Supreme Court of Virginia | P.O. Box 1315<br>100 North Ninth Street<br>5th Floor<br>Richmond, VA 23219<br>(804) 786-2251 | 83894 | 10/12/2012 | Yes |
| Massachusetts Supreme Judicial Court | 1 Pemberton Square<br>Suite 2500<br>Boston, MA 02108<br>(617) 557-1000 | 692372 | 11/20/2014 | Yes |
| Supreme Court of Nevada | 408 East Clark Avenue<br>Las Vegas, NV 89101<br>(702) 486-9300 | 16536 | 10/6/2023 | Yes |
| U.S. Supreme Court | 1 First Street NE<br>Washington, DC 20543<br>(202) 479-3000 | 317315 | 12/5/2022 | Yes |
| U.S. Court of Appeals for the 1st Circuit | 1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-9057 | 1189538 | 7/3/2019 | Yes |
| U.S. Court of Appeals for the 3rd Circuit | 601 Market Street<br>Philadelphia, PA 19106<br>(215) 597-2995 | N/A | 3/21/2024 | Yes |
| U.S. Court of Appeals for the 4th Circuit | 1100 E. Main Street<br>Suite 501<br>Richmond, VA 23219<br>(804) 916-2700 | N/A | 8/9/2022 | Yes |
| U.S. Court of Appeals for the 5th Circuit | 600 S. Maestri Place<br>New Orleans, LA 70130<br>(504) 310-7700 | N/A | 5/23/2022 | Yes |
| U.S. Court of Appeals for the 6th Circuit | 100 East Fifth Street<br>Cincinnati, OH 45202<br>(513) 564-7000 | N/A | 12/12/2019 | Yes |
| U.S. Court of Appeals for the 7th Circuit | 219 South Dearborn Street<br>Room 2722<br>Chicago, IL 60604<br>(312) 435-5850 | N/A | 12/27/2018 | Yes |

| | | | | |
|---|---|---|---|---|
| U.S. Court of Appeals for the 9th Circuit | 95 Seventh Street<br>San Francisco, CA 94103<br>(415) 355-8000 | N/A | 2/13/2017 | Yes |
| U.S. Court of Appeals for the 11th Circuit | 56 Forsyth Street NW<br>Atlanta, GA 30303<br>(404) 335-6100 | N/A | 4/19/2022 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | 333 Constitution Ave NW<br>Washington, DC 20001<br>(202) 216-7000 | 67271 | 6/24/2026 | Yes |
| U.S. Court of Appeals for the Federal Circuit | 717 Madison Place, NW<br>Washington, DC 20439<br>(202) 275-8000 | N/A | 1/27/2021 | Yes |
| U.S. District Court for the District of Columbia | 333 Constitution Ave NW<br>Washington, DC 20001<br>(202) 354-3000 | 1015031 | 2/3/2014 | Yes |
| U.S. District Court for the District of Massachusetts | 1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-9152 | 692372 | 4/12/2016 | Yes |
| U.S. Court of Federal Claims | 717 Madison Place, NW<br>Washington, DC 20439<br>(202) 357-6406 | N/A | 10/23/2019 | Yes |
| U.S. District Court for the Eastern District of Virginia | 401 Courthouse Square<br>Alexandria, VA 22314<br>(703) 299-2100 | N/A | 11/30/2021 | Yes |
| U.S. District Court for the Western District of Virginia | 210 Franklin Road S.W.<br>Suite 540<br>Roanoke, VA 24011<br>(540) 857-5100 | 83894 | 7/12/2023 | Yes |
| U.S. District Court for the District of Nevada | 333 Las Vegas Blvd. South<br>Las Vegas, NV 89101<br>(702) 464-5400 | N/A | 3/20/2024 | Yes |
| U.S. District Court for the Western District of Texas | 501 West Fifth Street, Suite 1100<br>Austin, TX 78701<br>(512) 916-5896 | 1015031 | 7/29/2025 | Yes |
| U.S. District Court for the Western District of Wisconsin | 120 N. Henry St., Rm. 320<br>Madison, WI 53703<br>(608) 264-5156 | N/A | 12/23/2025 | Yes |