# Exhibit A

**JOSHUA C. ABBUHL**
**ADMISSIONS**

| Court | Address | Date Admitted | Bar Number | Active Member in Good Standing |
|---|---|---|---|---|
| District of Columbia Court of Appeals | 430 E St NW<br>Washington, DC 20001<br>(202) 879-1010 | 1/9/2017 | 1044782 | Yes |
| U.S. Court of Appeals for the 2nd Circuit | 40 Foley Square<br>New York, NY 10007<br>(212) 857-8500 | 8/4/2026 | N/A | Yes |
| U.S. Court of Appeals for the 6th Circuit | 100 E. Fifth Street<br>Cincinnati, OH 45202<br>(513) 564-7000 | 3/4/2026 | N/A | Yes |
| U.S. Court of Appeals for the 9th Circuit | 95 Seventh Street<br>San Francisco, CA 94103<br>(415) 355-8000 | 5/10/2024 | N/A | Yes |
| U.S. Court of Appeals for the 10th Circuit | 1823 Stout Street<br>Denver, CO 80257<br>(303) 844-3157 | 8/4/2026 | N/A | Yes |
| U.S. District Court for the District of Colorado | 901 19th Street<br>Denver, CO 80294<br>(303) 844-3433 | 9/6/2019 | N/A | Yes |
| U.S. District Court for the District of Vermont | 11 Elmwood Avenue<br>Room 200<br>Burlington, VT 05401<br>(802) 951-6301 | 7/25/2022 | 1044782 | Yes |
| U.S. District Court for the District of Columbia | 333 Constitution Ave NW<br>Washington, DC 20001<br>(202) 354-3000 | 6/2/2025 | 1044782 | Yes |
| U.S. District Court for the Western District of Michigan | 399 Federal Bldg<br>110 Michigan St NW<br>Grand Rapids, MI 49503<br>(616) 456-2381 | 10/1/2025 | DC1044782 | Yes |