# Exhibit A

**QIZHOU GE**
**ADMISSIONS**

| Court | Address | Bar or Registration Number | Date of Admission | Active Member in Good Standing? |
|---|---|---|---|---|
| Supreme Court of Maryland | 361 Rowe Boulevard<br>Annapolis, MD 21401<br>(410) 260-1500 | 2211280181 | 11/28/2022 | Yes |
| District of Columbia Court of Appeals | 430 E St NW<br>Washington, DC 20001<br>(202) 879-1010 | 90006618 | 12/7/2022 | Yes |
| U.S. Court of Appeals for the 1st Circuit | 1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-9057 | 1224619 | 8/5/2026 | Yes |
| U.S. Court of Appeals for the 5th Circuit | 600 S. Maestri Place<br>New Orleans, LA 70130<br>(504) 310-7700 | NA | 9/12/2023 | Yes |
| U.S. Court of Appeals for the 6th Circuit | 100 East Fifth Street<br>Cincinnati, OH 45202<br>(513) 564-7000 | N/A | 9/11/2026 | Yes |
| U.S. Court of Appeals for the 9th Circuit | 95 Seventh Street<br>San Francisco, CA 94103<br>(415) 355-8000 | N/A | 10/31/2024 | Yes |
| U.S. District Court for the District of Columba | 333 Constitution Ave NW<br>Washington, DC 20001<br>(202) 354-3000 | 90006618 | 3/4/2024 | Yes |