# Exhibit A

**MAX C. ACCARDI**
**ADMISSIONS**

| Court | Address | Bar Number | Date of Admission | Active Member in Good Standing |
|---|---|---|---|---|
| Supreme Court of Missouri | 207 West High Street<br>Jefferson City, MO 65101<br>(573) 751-4144 | 72674 | 9/25/2020 | Yes |
| District of Columbia Court of Appeals | 430 E St NW<br>Washington, DC 20001<br>(202) 879-1010 | 90021259 | 1/10/2024 | Yes |
| U.S. Court of Appeals for the 7th Circuit | 219 S. Dearborn St<br>Room 2722<br>Chicago, IL 60604<br>(312) 435-5850 | N/A | 4/24/2026 | Yes |
| U.S. Court of Appeals for the 10th Circuit | 1823 Stout Street<br>Denver, CO 80257<br>(303) 844-3157 | N/A | 5/19/2023 | Yes |
| U.S. Court of Appeals for the DC Circuit | 333 Constitution Ave NW<br>Washington, DC 20001<br>(202) 216-7000 | 67239 | 6/10/2026 | Yes |
| U.S. District Court for the District of Colorado | 901 19th Street<br>Denver, CO 80294<br>(303) 844-3433 | N/A | 12/31/2025 | Yes |
| U.S. District Court for the District of Columbia | 333 Constitution Ave NW<br>Washington, DC 20001<br>(202) 354-3000 | 90021259 | 5/4/2026 | Yes |