RACHEL WITTY
CIVIL DIVISION DIRECTOR

Margaret Paton Walsh
Laura Fox
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 269-3697
Email: margaret.paton-walsh@alaska.gov
laura.fox@alaska.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,<br><br>Defendants. | Case No. 3:26-cv-00376-SLG |

**[PROPOSED] ORDER ON MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO DISMISS**

Defendants Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska (collectively, "the Division") have moved for expedited consideration of their motion to dismiss the complaint in this matter.

Local Rule 7.3(a)(1)(A) permits expedited consideration of an underlying motion for good cause. That standard is met here. The complaint seeks an injunction potentially delaying certification of the result of Alaska's election of a United States Senator—an election in which voting has already begun. The Division expects to certify the election result on or before November 25, 2026.

Because the parties need a prompt decision on the defendants' motion, the Court GRANTS Defendants' motion for expedited consideration. The United States shall file its opposition to the Motion to Dismiss no later than 5 p.m. on Wednesday, October 28. Any reply is due by 9 a.m. on Friday, October 30.

DATED: ____________

________________________________
Sharon L. Gleason
United States District Judge

Certificate of Service

I hereby certify that on October 26, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/Margaret Paton Walsh*
Margaret Paton Walsh, Chief Assistant Attorney General