RACHEL WITTY
CIVIL DIVISION DIRECTOR

Margaret Paton Walsh
Laura Fox
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 269-3697
Email: margaret.paton-walsh@alaska.gov
laura.fox@alaska.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,<br><br>Defendants. | Case No. 3:26-cv-00376-SLG |

**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION TO DISMISS**

I, Margaret Paton Walsh, declare as follows:

1. I am an assistant attorney general at the Alaska Department of Law and represent Defendants Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska;

and the State Ballot Counting Review Board of the State of Alaska (collectively, "the Division") in this matter.

2. The United States has sued the Division less than two weeks before Election Day, which will be on Tuesday, November 3.

3. In-person early voting is underway and many Alaskans have already cast their ballots via early voting and other methods.

4. The United States' complaint seeks to cast doubt on integrity of Alaska's U.S. Senate election.[1] The complaint requests drastic federal court interference in Alaska's administration of this election: it asks the Court to prevent the Division from certifying the result if a specific candidate "does not win," pending "an investigation" into the intent of voters who vote for a different candidate.[2]

5. The Division requests expedited consideration of its motion to dismiss because this lawsuit and this requested relief cast a cloud over Alaska's election that is contrary to the public interest and that the Court should not allow to linger.

6. I spoke to Bryan Wilson to request his consent to the proposed expedited schedule and he referred me to his co-counsel, Stanley Woodward. When I called Mr. Woodward, I got his voicemail and left a message. I have not heard back from him at the time of filing.

By: *<u>/s/Margaret Paton Walsh</u>* <u>Oct. 26, 2026</u>
Margaret Paton Walsh Date

---

[1] *See* Dkt. 1 at 12-13.

[2] *See* Dkt. 1 at 13, ¶¶ 42-44.

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

Certificate of Service

I hereby certify that on October 26, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/Margaret Paton Walsh*
Margaret Paton Walsh, Chief Assistant Attorney General