**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>STATE OF ALASKA, *et al.*<br><br>Defendants. | Case No. 3:26-cv-00376-SLG |

**ORDER ON DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION**

Before the Court at Docket 16 is Defendants' Motion for Expedited Consideration of Their Motion to Dismiss.[1] The facts relevant to Defendants' Motion for Expedited Consideration are set forth in this Court's prior order.[2]

Good cause for expedited consideration being shown, it is **HEREBY ORDERED**:

Defendants' Motion for Expedited Consideration at Docket 16 is **GRANTED** as follows:

The United States shall file its response to Defendants' Motion to Dismiss

[1] *See* Docket 17 (Walsh Decl.); Docket 18 (Motion to Dismiss).

Defendants are the State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska (collectively, "the State"). Docket 1 at ¶¶ 11-14.

[2] Docket 15 at 1-4.

**by Thursday, October 29, 2026, at 3:00 p.m.** Defendants may file a reply **by Friday, October 30, 2026, at 12:00 p.m.**

DATED this 27th day of October, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE