RACHEL WITTY
CIVIL DIVISION DIRECTOR

Margaret Paton Walsh
Laura Fox
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 269-3697
Email: margaret.paton-walsh@alaska.gov
laura.fox@alaska.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,<br><br>Defendants. | ) | Case No. 3:26-cv-00376-SLG<br><br>**DEFENDANTS' RESPONSE TO MOTIONS TO INTERVENE** |

Defendants Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska (collectively, "the Division") provide this response (as requested by the Court in its order at Docket 15) to the two pending motions to intervene, one filed by Alaskans for Mary and the Democratic

Senatorial Campaign Committee, and the other by Risé Roy, Jan Jakub Grzeda, League of Women Voters and Common Cause (collectively, "League of Women Voters").

The Division does not oppose the intervention of Alaskans for Mary and the Democratic Senatorial Campaign Committee. It is well-established that candidates and their campaigns have sufficient interest in election litigation to support intervention.[1]

The Division disagrees with the League of Women Voters' suggestion that the Division might not adequately represent the interests of Alaskan voters.[2] Nonetheless, the Division takes no position on intervention by the League of Women Voters.

DATED: October 27, 2026.

RACHEL WITTY
CIVIL DIVISION DIRECTOR

By: /s/ *Margaret Paton Walsh*
Margaret Paton Walsh
Laura Fox
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 269-3697
Email: margaret.paton-walsh@alaska.gov
laura.fox@alaska.gov

**Attorneys for Defendants**

---

1 *See e.g.*, *Bost v. Illinois State Board of Elections*, 607 U.S. 71, 79 (2026) ("Candidates…have an obvious personal stake in how [election] result[s are] determined and regarded. Departures from the preordained rules cause them particularized and concrete harm.").

2 *See* Dkt. 7 at 12.

Certificate of Service

I hereby certify that on October 27, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/Margaret Paton Walsh*
Margaret Paton Walsh, Chief Assistant Attorney General