**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

**MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

To the Honorable Judge of the above-entitled court:

I, Ari J. Savitzky, hereby apply for permission to appear and participate as counsel for Risé Roy, Jan Jakub Grzeda, the League of Women Voters of Alaska, and Common Cause, Proposed Intervenor-Defendants, in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby designate Eric Glatt, a member of the Bar of this court who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: October 27, 2026

/s/ *Ari J. Savitzky*

Ari J. Savitzky
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
ASavitzky@aclu.org

## **CONSENT OF LOCAL COUNSEL**

I hereby consent to the granting of the foregoing application.

DATE: October 27, 2026

/s/ *Eric Glatt*
Eric Glatt (AK Bar # 1511098)
P.O. Box 90744
Anchorage, AK 99509
(907) 258-0044
eglatt@acluak.org

## DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Ari J. Savitzky

Business Address: 125 Broad Street, New York, NY 10004

Residence:

Business Telephone: (212) 549-2500 e-mail address: ASavitzky@aclu.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| New York State Bar | 42 West 44th Street, New York, NY 10036 | 2012 |
| District of Columbia Bar | 901 4th Street, NW Washington, D.C. 20001 | 2016 |
| U.S. Supreme Court | One First Street, NE Washington, DC 20543 | 2016 |
| U.S. Court of Appeals for the First Circuit | 1 Courthouse Way Boston, MA 02210 | 2016 |
| U.S. Court of Appeals for the Second Circuit | 40 Foley Square New York, NY 10007 | 2014 |
| U.S. Court of Appeals for the Third Circuit | 601 Market Street Philadelphia, PA 19106 | 2022 |
| U.S. Court of Appeals for the Fourth Circuit | 1000 E. Main Street, Richmond, VA 23219 | 2025 |
| U.S. Court of Appeals for the Fifth Circuit | 600 Camp Street, New Orleans, LA 70130 | 2021 |
| U.S. Court of Appeals for the Seventh Circuit | 219 S. Dearborn Street, Chicago, IL 60604 | 2017 |
| U.S. Court of Appeals for the Ninth Circuit | 95 Seventh Street, San Francisco, CA 94103 | 2016 |
| U.S. Court of Appeals for the Eleventh Circuit | 96 Poplar Street, N.W. Atlanta, GA 30303 | 2022 |
| U.S. Court of Appeals for the D.C. Circuit | 333 Constitution Ave N.W., Washington, DC 20001 | 2018 |
| U.S. District Court for the Southern District of New York | 500 Pearl Street, New York, NY | 2014 |
| U.S. District Court for the Eastern District of New York | 225 Cadman Plaza East, Brooklyn, NY 11201 | 2014 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐ No☒ (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐No ☒(If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

DATE: October 27, 2026

*/s/ Ari J. Savitzky*
Ari J. Savitzky

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Ari Joseph Savitzky*

*was duly qualified and admitted on June 6, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Inactive member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 15, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***