**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA; CAROL BEECHER, *in her official capacity as Director of the Division of Elections of the State of Alaska*; THE ELECTION BOARDS OF THE STATE OF ALASKA; and THE STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,<br><br>*Defendants*. | Case No. 3:26-cv-00376-SLG |

**MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

To the Honorable Judge of the above-entitled court:

I, Theresa J. Lee, hereby apply for permission to appear and participate as counsel for Risé Roy, Jan Jakub Grzeda, the League of Women Voters of Alaska, and Common Cause, Proposed Intervenor-Defendants, in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby designate Eric Glatt, a member of the Bar of this Court who maintains an office at a place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: October 27, 2026

/s/ *Theresa J. Lee*

Theresa J. Lee
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org

**CONSENT OF LOCAL COUNSEL**

I hereby consent to the granting of the foregoing application.

DATE: October 27, 2026

/s/ *Eric Glatt*
Eric Glatt (AK Bar # 1511098)
P.O. Box 90744
Anchorage, AK 99509
(907) 258-0044
eglatt@acluak.org

## DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Theresa J. Lee

Business Address: 125 Broad Street, New York, NY 10004

Residence:

Business Telephone: (212) 549-2500    e-mail address: TLee@aclu.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| New York State Bar | 42 West 44th Street, New York, NY 10036 | 2012 |
| Commonwealth of Massachusetts Bar | 901 4th Street, NW Washington, D.C. 20001 | 2023 |
| Montana State Bar | 33 S Last Chance Gulch St, Helena, MT 59601 | 2026 |
| U.S. Supreme Court | One First Street, NE Washington, DC 20543 | 2017 |
| U.S. Court of Appeals for the First Circuit | 1 Courthouse Way Boston, MA 02210 | 2024 |
| U.S. Court of Appeals for the Second Circuit | 40 Foley Square New York, NY 10007 | 2016 |
| U.S. Court of Appeals for the Third Circuit | 601 Market Street Philadelphia, PA 19106 | 2026 |
| U.S. Court of Appeals for the Fourth Circuit | 1000 E. Main Street, Richmond, VA 23219 | 2026 |
| U.S. Court of Appeals for the Fifth Circuit | 600 Camp Street, New Orleans, LA 70130 | 2019 |
| U.S. Court of Appeals for the Sixth Circuit | 100 E. Fifth Street Cincinnati, OH 45202-3988 | 2019 |
| U.S. Court of Appeals for the Seventh Circuit | 219 S. Dearborn Street, Chicago, IL 60604 | 2026 |
| U.S. Court of Appeals for the Ninth Circuit | 95 Seventh Street, San Francisco, CA 94103 | 2023 |
| U.S. Court of Appeals for the Tenth Circuit | 1823 Stout Street, Denver, CO 80257 | 2025 |
| U.S. Court of Appeals for the Eleventh Circuit | 96 Poplar Street, N.W. Atlanta, GA 30303 | 2022 |
| | | |

| Jurisdiction | Address | Year |
|---|---|---|
| U.S. Court of Appeals for the D.C. Circuit | 333 Constitution Ave N.W., Washington, DC 20001 | 2026 |
| U.S. District Court for the Southern District of New York | 500 Pearl Street, New York, NY | 2014 |
| U.S. District Court for the Eastern District of New York | 225 Cadman Plaza East, Brooklyn, NY 11201 | 2014 |
| U.S. District Court for the District of Colorado | 901 19th Street, Denver, CO 80294-3589 | 2021 |
| U.S. District Court for the Central District of Illinois | 100 N.E. Monroe Street Peoria, IL 61602 | 2026 |
| U.S. District Court for the Western District of Wisconsin | 120 North Henry Street, Madison, WI 53703 | 2026 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐ No☒ (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐No ☒(If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

DATE: October 27, 2026

/s/ *Theresa J. Lee*
Theresa J. Lee

*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Theresa Jeane Lee

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 9, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on May 4, 2026.

Susanna M. Rojas

Clerk of the Court

CertID-00288455

Supreme Court of the State of New York
Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340-0400 INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/