Thomas A. Lamb
PO Box 873485
Wasilla, AK 99687
(907) 306-5855
tlamb775@aol.com
Pro Se Amicus Curiae

RECEIVED
OCT 28 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF ALASKA; CAROL BEECHER, in her official capacity as Director of the Division of Elections of the State of Alaska; the ELECTION BOARDS OF THE STATE OF ALASKA; and the STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,

Defendants.

Case No. 3:26-cv-00376-SLG

**AMICUS CURIAE THOMAS A. LAMB'S NOTICE OF ADDITIONAL AUTHORITY**

Amicus Curiae Thomas A. Lamb respectfully notifies the Court of the following authority from this District, which bears on Arguments II and III.D of his proposed brief (Dkt. 4-1) and on the pending motions to dismiss (Dkts. 6-1, 8-1, 18).

**1. *Miller v. Treadwell*, No. 3:10-cv-0252-RRB, Dkt. 88 (D. Alaska Dec. 28, 2010).** In the disputed 2010 Alaska U.S. Senate election, this Court stayed federal proceedings while the Alaska Supreme Court resolved the state-law questions, then dismissed the federal claims with prejudice, lifted its injunction, and ordered that "the Division of Elections may certify the election results immediately." *Id.* § IV. In

rejecting the argument that determining voter intent was impermissibly subjective, the Court quoted *Bush v. Gore*, 531 U.S. 98, 106 (2000): "[T]he question is not whether to believe a witness but how to interpret the marks or holes or scratches on an inanimate object . . . . The factfinder confronts a thing, not a person." Dkt. 88 at 10. Plaintiff's proposed "investigation to determine whether votes cast for Daniel J. Sullivan were meant to be cast for Senator Sullivan," Compl. ¶ 44, would require the factfinder to confront persons, not things.

**2. *Miller v. Treadwell*, No. 3:10-cv-0252-RRB, Dkt. 97 (D. Alaska Jan. 3, 2011).** Amicus sought leave to file an amicus brief in that case. The Court reviewed the brief, found that it "present[ed] some credible arguments," and held that "the position adopted by the Alaska Supreme Court is also credible and must take priority under the unique facts of this case." *Id.* at 1.

DATED: October 28th, 2026, at Wasilla, Alaska.

Respectfully submitted,

Thomas A. Lamb
PO Box 873485
Wasilla, AK 99687
(907) 306-5855
tlamb775@aol.com
Pro Se Amicus Curiae

## CERTIFICATE OF SERVICE

I certify that on October 28th, 2026, I served a true copy of the foregoing Notice of Additional Authority by first-class United States mail, postage prepaid, addressed as follows:

Stanley E. Woodward, Jr., U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530 *(Counsel for Plaintiff)*

E. Bryan Wilson, Assistant U.S. Attorney, 222 West Seventh Avenue, #9, Room 253, Anchorage, AK 99513-7567 *(Counsel for Plaintiff)*

Margaret Paton Walsh and Laura F. Fox, Assistant Attorneys General, Alaska Department of Law, 1031 W. 4th Avenue, Suite 200, Anchorage, AK 99501 *(Counsel for Defendants)*

Thomas A. Lamb