STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 514-9500
Email: Stanley.Woodward@usdoj.gov

E. BRYAN WILSON
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: Bryan.Wilson@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,<br><br>Defendants. | Civ. No. 3:26-cv-00376-SLG |

**PLAINTIFF'S NOTICE WITHDRAWING OPPOSITION TO MOTION TO INTERVENE BY ALASKANS FOR MARY, AND DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE**

Given a change in circumstances—the New York Times reporting that Proposed Intervenor Alaskans For Mary and the Democratic Senatorial Campaign Committee orchestrated a sprawling conspiracy to recruit and prop up a sham candidate for the purpose of deceiving Alaskan voters—the United States withdraws its opposition to the Motion to Intervene at Docket Entry 5.[1] The United States intends to seek expedited discovery from the Campaign regarding the reported conspiracy, including as to whether the Campaign attempted to deceive the Court by seeking an expedited ruling on a motion to dismiss when the Campaign may have been aware of the New York Times reporting before it was published.

The United States maintains its opposition to the motion to intervene by the League of Women Voters of Alaska, Common Cause, Jan Jakub Grzeda, and Ris Roy. ECF Nos. 6, 26.

---

[1] Browning, *Inside Democrats' Secret Effort to Stack Alaska's Ballot*, N.Y TIMES (Oct. 28, 2026), https://www.nytimes.com/2026/10/28/us/politics/alaska-dan-sullivan-conspiracy-peltola.html.

Dated: October 28, 2026

Respectfully submitted,

/s/ Stanley Woodward
Stanley E. Woodward, Jr.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 514-9500
Email: Stanley.Woodward@usdoj.gov

/s/ E. Bryan Wilson
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Bryan.Wilson@usdoj.gov

*Attorneys for the United States of America*

**Certificate of Service**

I hereby certify that on October 28, 2026, a true and correct copy of the foregoing document was served electronically through the CM/ECF system upon all case participants who are registered CM/ECF users.

/s/ E. Bryan Wilson
Office of the U.S. Attorney