STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 514-9500
Email: Stanley.Woodward@usdoj.gov

E. BRYAN WILSON
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Bryan.Wilson@usdoj.gov

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, et al.,<br><br>Defendant. | Case No. 3:26-cv-00376-SLG |

**NOTICE OF RETURN OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4, United States of America provides notice that Defendants State of Alaska; Carol Beecher, in her official capacity as Director of the Division of the State of Alaska; the Elections Boards of State of Alaska; and the

State Ballot Counting Review Board of the State of Alaska, were properly served with the issued summons and complaint. *See* Proof of Service affidavits attached as Exhibit A.

Dated: October 28, 2026

Respectfully submitted,


/s/ *Stanley Woodward*
Stanley E. Woodward, Jr.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 514-9500
Email: Stanley.Woodward@usdoj.gov

/s/ E. Bryan Wilson
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Bryan.Wilson@usdoj.gov

*Attorneys for the United States of America*


**Certificate of Service**

I hereby certify that on October 28, 2026, a true and correct copy of the foregoing was served electronically through the CM/ECF system upon all case participants who are registered CM/ECF users.

/s/ E. Bryan Wilson
Office of the U.S. Attorney