# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>State of Alaska (see attachment)<br>*Defendant* | ) | Civil Action No. 3:26-cv-00376-SLG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Election Boards of the State of Alaska
Division of Elections
Court Plaza Building
240 Main Street, 4th Floor
Juneau, AK 99801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stanley Woodward, Department of Justice, 950 Pennsylvania Ave NW
Washington DC 20530
2025149500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/22/2026

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT * DISTRICT OF ALASKA *

**Exhibit A**
**Page 1 of 8**

Civil Action No. 3:26-cv-00376-SLG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Election Boards of the State of Alaska Division of Elections

was received by me on *(date)* October 22, 2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brian Jackson, Elections Manager , who is designated by law to accept service of process on behalf of *(name of organization)* Election Boards of the State of Alaska Division of Elections on *(date)* October 22, 2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 23, 2026

[signature]
*Server's signature*

Jack Dayton, Civilian Process Server
*Printed name and title*

P.O. Box 33898 Juneau, AK 99803
*Server's address*

Additional information regarding attempted service, etc:

**Exhibit A**
**Page 2 of 8**

# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>State of Alaska (see attachment)<br>*Defendant* | ) | Civil Action No. 3:26-cv-00376-SLG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State Ballot Counting Review Board of the State of Alaska
Division of Elections
Court Plaza Building
240 Main Street, 4th Floor
Juneau, AK 99801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stanley Woodward, Department of Justice, 950 Pennsylvania Ave NW
Washington DC 20530
2025149500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/22/2026

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

**Exhibit A**
**Page 3 of 8**

Civil Action No. 3:26-cv-00376-SLG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* State Ballot Counting Review Board of the State of Alaska Division of Elections

was received by me on *(date)* October 22, 2026 .

❒ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brian Jackson, Elections Manager , who is designated by law to accept service of process on behalf of *(name of organization)* State of Alaska Counting Review Board of the State of AK Elections Division on *(date)* October 22, 2026 ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 23, 2026

[signature]
*Server's signature*

Jack Dayton, Civilian Process Server
*Printed name and title*

P.O. Box 33898 Juneau, AK 99803
*Server's address*

Additional information regarding attempted service, etc:

**Exhibit A**
**Page 4 of 8**

# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>State of Alaska (see attachment)<br>*Defendant* | ) | Civil Action No. 3:26-cv-00376-SLG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carol Beecher, in her official capicity as Alaska Director of the Division of Election s of the State of Alaska

Division of Elections
Court Plaza Building
240 Main Street, 4th Floor
Juneau, AK 99801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stanley Woodward, Department of Justice, 950 Pennsylvania Ave NW
Washington DC 20530
2025149500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/22/2026

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT • DISTRICT OF ALASKA •

**Exhibit A**
**Page 5 of 8**

Civil Action No. 3:26-cv-00376-SLG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Division of Elections
was received by me on *(date)* October 22, 2026 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brian Jackson, Elections Manager , who is designated by law to accept service of process on behalf of *(name of organization)* Division of Elections
______________________ on *(date)* October 22, 2026 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 23, 2026

[signature]
*Server's signature*

Jack Dayton, Civilian Process Server
*Printed name and title*

P.O. Box 33898 Juneau, AK 99803
*Server's address*

Additional information regarding attempted service, etc:

**Exhibit A**
**Page 6 of 8**

# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>State of Alaska (see attachment)<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 3:26-cv-00376-SLG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* State of Alaska
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stanley Woodward, Department of Justice, 950 Pennsylvania Ave NW
Washington DC 20530
2025149500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/22/2026

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

**Exhibit A**
**Page 7 of 8**

UNITED STATES DISTRICT COURT
for the
District of Alaska

290528

| | | |
|---|---|---|
| United States of America<br><br>-vs-<br><br>State of Alaska | ) | **RETURN OF SERVICE**<br><br>**Case No: 3:26-cv-00376-SLG**<br><br>Alaska Court Services<br>821 N Street #104<br>Anchorage, AK 99501<br>907-258-3211 |

**I certify that on Friday, October 23, 2026 at 11:00 AM I served the following documents:**
Summons in a Civil Action and Complaint; Exhibit A

**for service upon State of Alaska**

**at 1031 W 4Th Ave # 200 in Anchorage, Alaska.**
**By leaving a true and correct copy with Bryan Gillespie of the Attorney General's Office**

**SUBSCRIBED AND SWORN to me on October 23, 2026**

**Client:** US Dept of Justice
222 W 7th Ave, #9, Room 253
Anchorage , AK . 99513

**Attention:**
**File No:**
**Service Fee:** $100.00
**Mileage:**
**Endeavor:** $5.00 20 Pages at $0.25 per page
**Endeavor:**
**Endeavor:**
**Endeavor:**
**Total:** $105.00

Process Server / Steve Arturo

Notary Public in and for the State of Alaska
My Commission Expires 4-1-2028

'OFFICIAL SEAL'
LISA JUSTICE
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES

Exhibit A
Page 8 of 8