# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br>vs.<br>State of Alaska, et al.<br><br>Defendant(s). | Case No. 3:26-cv-00376-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Nathaniel L. Bach (name), hereby apply for permission to appear and participate as counsel for Richard L. Hasen (Name of party), Amicus Curiae (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☒ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate ______________________, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: October 29, 2026

(Signature)
Nathaniel L. Bach
(Printed Name)

2049 Century Park East, Suite 1700
(Address)

Los Angeles, CA 90067
(City/State/Zip)

(310) 312-4204
(Telephone Number)

NBach@Manatt.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

(Signature)

(Printed Name)

(Address)

(City, State, Zip)

(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

## DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Nathaniel L. Bach

Business Address: 2049 Century Park East, Suite 1700, Los Angeles, CA 90067
(Mailing/Street) (City, State, ZIP)

Residence: ,
(Mailing/Street) (City, State, ZIP)

Business Telephone: (310) 312-4204 e-mail address: NBach@Manatt.com

Other Names/Aliases: N/A

Jurisdictions to Which Admitted and year of Admission:

See Exhibit A

| (Jurisdiction) | (Address) | (Year) |
|---|---|---|
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: October 29, 2026

(Signature of Applicant)

# EXHIBIT A

| Jurisdiction | Address | Year of Admission |
|---|---|---|
| California | 180 Howard St., San Francisco, CA 94105 | 2006 |
| United States District Court for the Central District of California | 350 West 1st St., Suite 3001, Loss Angeles, CA 90012 | 2006 |
| United States Court of Appeals for the Ninth Circuit | 95 Seventh St., San Francisco, CA 94103 | 2011 |
| United States District Court for the Southern District of California | 333 West Broadway, Suite 100, San Diego, CA 92101 | 2019 |
| United States District Court for the Northern District of California | 450 Golden Gate Ave., 20th Floor, San Francisco, CA 94102 | 2020 |
| United States Court of Appeals for the Eleventh Circuit | 56 Forsyth St. NW, Atlanta, GA 30303 | 2024 |

**Supreme Court of California**

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***NATHANIEL LESSER BACH***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that NATHANIEL LESSER BACH #246518, was on the 7th day of December 2006, duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 8th day of April 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:______________________________
*D. Urzua, Deputy Clerk*