**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br>vs.<br>State of Alaska, et al.<br><br>Defendant(s). | Case No. 3:26-cv-00376-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Shelby Wayment (name), hereby apply for permission to appear and participate as counsel for Richard L. Hasen (Name of party), Amicus Curiae (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☒ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _______________, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: October 29, 2026

SHELBY WAYMENT
(Signature)
Shelby Wayment
(Printed Name)

385 Charles E. Young Drive East
(Address)

Los Angeles, CA 90095
(City/State/Zip)

310-206-3103
(Telephone Number)

wayment@shelbyk@gmail.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

(Signature)

(Printed Name)

(Address)

(City, State, Zip)

(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Shelby Kjerstyne Wayment

Business Address: 385 Charles E. Young Drive East, Los Angeles, CA 90095
(Mailing/Street) (City, State, ZIP)

Residence: ,
(Mailing/Street) (City, State, ZIP)

Business Telephone: 310-206-3103 e-mail address: wayment.shelbyk@gmail.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| (Jurisdiction) | (Address) | (Year) |
|---|---|---|
| California | 845 S Figueroa St., Los Angeles CA 90017 | 2023 |
| 9th Circuit Court of Appeals | 95 7th St, San Francisco, CA 94103 | 2026 |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: October 29, 2026

SHELBY WAYMENT
(Signature of Applicant)

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 10/28/2026

**LICENSEE NAME:** Shelby Kjerstyne Wayment

**LICENSEE BAR NUMBER:** 350937

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/15/2023

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Shelby Kjerstyne Wayment's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

**Carolina Almarante-Terrero**
Custodian of Record



*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California*
*(See Sections 6006 and 6125, et seq., Business and Professions Code.)*