Nathaniel L. Bach*
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4204
NBach@Manatt.com

Max A. Jacobs*
MANATT, PHELPS & PHILLIPS, LLP
1 Beacon Street, 11th Floor
Boston, MA 02108
(617) 646-1450
MJacobs@Manatt.com

Richard L. Hasen*
Shelby Wayment*
SAFEGUARDING DEMOCRACY PROJECT
385 Charles E. Young Drive East
Los Angeles, California 90095
(310) 206-3103
hasenr@gmail.com
wayment.shelbyk@gmail.com

**Pro Hac Vice Applications Pending*

Attorneys for Amicus Curiae Richard L. Hasen

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE DISTRICT OF ALASKA**

United States of America,

Plaintiff,

v.

State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,

Defendants.

Case No.: 3:26-cv-00376-SLG

**PROFESSOR RICHARD L. HASEN'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

Professor Richard L. Hasen respectfully moves for leave to file the accompanying amicus curiae brief in support of Defendants the State of Alaska, Carol Beecher, in her official capacity as director of the Division of Elections of the State of Alaska, the Election

Boards of the State of Alaska, and the State Ballot Counting Review Board of the State of Alaska.

Professor Hasen is the Gary T. Schwartz Endowed Chair in Law, Professor of Political Science, and director of the Safeguarding Democracy Project at UCLA School of Law. He is an internationally recognized expert in election law, a founding co-editor of the *Election Law Journal*, the author of five university press books on election law, co-author of leading casebooks in election law and remedies, and author over 100 articles on election law issues, published in journals including the *Harvard Law Review*, *Stanford Law Review*, *Supreme Court Review*, and *Yale Law Journal*. In addition, Professor Hasen was elected to the American Law Institute in 2009 and serves as Reporter (with Professor Douglas Laycock) on the ALI's law reform project: Restatement (Third) of Torts: Remedies, and was among the first scholars to write about the *Purcell* principle in election litigation. Richard L. Hasen, *Reining in the Purcell Principle*, 43 Fl. St. L. Rev. 427 (2017).[1]

While Defendants cover the many reasons this case should be dismissed, Professor Hasen seeks leave to file the accompanying amicus curiae brief to discuss how this litigation fits into the larger legal and political context, and to address two issues—laches and statutory interpretation questions involving the federal/state balance—at the intersection of remedies law and election law.

[1] Professor Hasen writes in his individual capacity, and not as a representative of any group or organization. Neither UCLA nor the American Law Institute takes any position on the issues in this case.

## ARGUMENT

The Court may, "in the exercise of its discretion, permit the filing of an *amicus curiae* brief."[2] "Amicus briefs are 'frequently welcome . . . concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'"[3]

This lawsuit fits into a larger and troubling pattern of attempted federal interference in the 2026 midterm elections. The legal issues raised in this case, including the timing for bringing election challenges and the federal government encroachment into the powers of states to set the time, place and manner of elections, have ramifications that extend beyond Alaska. These issues affect all elections, and similar election challenges by the federal government would threaten to undermine voters' confidence in the electoral process and the judiciary.

---

[2] *Southcentral Found. v. Alaska Native Tribal Health Consortium*, No. 3:17-cv-00018-TMB, 2022 WL 1184079, at *2 (D. Alaska Apr. 21, 2022) (quoting *County of San Marin v. Martha Co.*, No. C 06-0200 SBA, 2007 WL 987310, at *1 (N.D. Cal. Apr. 2, 2007)).

[3] *Id.* (quoting *California v. United States Dep't of Lab.*, No. 2:13-cv-02069-KJM-DAD, 2014 WL 12691095, at *1 (E.D. Cal. Jan. 14, 2014)); *see also Alaska R.R. Corp. v. Flying Crown Subdivision Addition No.1 & Addition No. 2 Prop. Owners Ass'n*, No. 3:20-cv-00232-JMK, 2021 WL 1112382, at *3 (D. Alaska Mar. 23, 2021) (quoting *Washington v. DeVos*, No. 2:20-cv-0182-TOR, 2020 WL 6488184, at *1 (E.D. Wash. June 12, 2020)) (amicus briefs "should normally be allowed when . . . the amicus has an interest in some other case that may be affected by the decision in the present case, or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.").

As a professor, writer, and internationally recognized expert in election law, Professor Hasen is well-equipped to place this lawsuit into the proper legal and political context through his amicus curiae brief. The focus of Professor Hasen's brief—laches and statutory interpretation—are particularly relevant in this case, which was brought less than two weeks before the election and rests on a vague and unenforceable provision in the National Voter Registration Act's purpose statement. Finally, given the expedited nature of these proceedings, Professor Hasen's amicus curiae brief will assist the parties and the Court by ensuring that these important issues are adequately addressed.

## CONCLUSION

For the foregoing reasons, Professor Hasen respectfully requests that the Court grant leave to file the accompanying amicus curiae brief.

Dated: October 29, 2026

/s/ Nathaniel L. Bach

Nathaniel L. Bach*
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4204
NBach@Manatt.com

Max A. Jacobs*
MANATT, PHELPS & PHILLIPS, LLP
1 Beacon Street, 11th Floor
Boston, MA 02108
(617) 646-1450
MJacobs@Manatt.com

Richard L. Hasen*
Shelby Wayment*
SAFEGUARDING DEMOCRACY PROJECT
385 Charles E. Young Drive East
Los Angeles, California 90095
(310) 206-3103
hasenr@gmail.com
wayment.shelbyk@gmail.com

**Pro Hac Vice Applications Pending*

Attorneys for Amicus Curiae Richard L. Hasen

## CERTIFICATE OF COMPLIANCE

I certify that this brief contains 753 words, excluding the case caption, signature blocks, table of contents and authorities, signature blocks, and certificates, *see* D. Alaska L. Civ. R. 7.4(a)(3)-(4), and that it is in 13-point, proportionally-spaced font as required by D. Alaska L. Civ. R. 7.5(a)(1).

*/s/ Nathaniel L. Bach*
Nathaniel L. Bach

## CERTIFICATE OF SERVICE

I certify that on October 29, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court for the District of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Nathaniel L. Bach*
Nathaniel L. Bach