Nathaniel L. Bach*
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4204
NBach@Manatt.com

Max A. Jacobs*
MANATT, PHELPS & PHILLIPS, LLP
1 Beacon Street, 11th Floor
Boston, MA 02108
(617) 646-1450
MJacobs@Manatt.com

Richard L. Hasen*
Shelby Wayment*
SAFEGUARDING DEMOCRACY PROJECT
385 Charles E. Young Drive East
Los Angeles, California 90095
(310) 206-3103
hasenr@gmail.com
wayment.shelbyk@gmail.com

**Pro Hac Vice Applications Pending*

Attorneys for Amicus Curiae Richard L. Hasen

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,<br><br>Defendants. | Case No.: 3:26-cv-00376-SLG |

**[PROPOSED] ORDER GRANTING PROFESSOR RICHARD L. HASEN'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

On October 29, 2026, Professor Richard L. Hasen filed a Motion for Leave to File an Amicus Curiae Brief ("Motion"). Professor Hasen is an election law and remedies specialist. After reviewing the Motion and the proposed amicus curiae brief attached

thereto, the Court agrees that Professor Hasen offers unique information that can help the Court.

**IT IS THEREFORE ORDERED** that Professor Hasen's Motion for Leave to File Amicus Curiae Brief is **GRANTED.**

Dated: ______________________

________________________________
Sharon L. Gleason
UNITED STATES DISTRICT JUDGE