RACHEL WITTY
CIVIL DIVISION DIRECTOR

Margaret Paton Walsh
Laura Fox
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 269-3697
Email: margaret.paton-walsh@alaska.gov
laura.fox@alaska.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,<br><br>Defendants. | Case No. 3:26-cv-00376-SLG |

**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Margaret Paton Walsh, declare as follows:

1. I am an assistant attorney general at the Alaska Department of Law and represent Defendants Carol Beecher, in her official capacity as Director of the

Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska (collectively, "the Division") in this matter.

2. The United States sued the Division less than two weeks before Election Day, which will be on Tuesday, November 3.

3. In-person early voting is underway and many Alaskans have already cast their ballots via early voting and other methods.

4. The United States' complaint sought to cast doubt on integrity of Alaska's U.S. Senate election.[1] The complaint requested drastic federal court interference in Alaska's administration of this election: it asked the Court to prevent the Division from certifying the result if a specific candidate "does not win," pending "an investigation" into the intent of voters who vote for a different candidate.[2]

5. The Division requested expedited consideration of a motion to dismiss because this lawsuit and this requested relief cast a cloud over Alaska's election that is contrary to the public interest and that the Court should not allow to linger.

6. The Court granted that motion and ordered the United States to file a response to the Division's motion to dismiss by 3:00 p.m. today, Thursday, October 30, 2026.

---

1 *See* Dkt. 1 at 12-13.

2 *See* Dkt. 1 at 13, ¶¶ 42-44.

7. At 12:55 p.m., Thursday, October 29, 2026, the United States filed an amended complaint, adding factual allegations based on a newspaper story, plus an additional count that could have been alleged in the original complaint.[3]

8. At 2:25 p.m., Thursday, October 29, 2026, the United States filed an opposition to the Division's motion arguing that the amended complaint mooted the motion to dismiss.[4]

9. I spoke with Bryan Wilson at the U.S. Attorneys' Office to discuss our request for expedited consideration. By email shortly after our conversation, he requested a deadline of 1:00 p.m. Friday.

By: *<u>/s/Margaret Paton Walsh</u>* <u>Oct. 29, 2026</u>
Margaret Paton Walsh Date

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

<u>Certificate of Service</u>

I hereby certify that on October 29, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*<u>/s/Margaret Paton Walsh</u>*
Margaret Paton Walsh, Chief Assistant Attorney General

---

3 Dkt. 43.

4 Dkt. 46 at 2-3.