Nathaniel L. Bach (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4204
NBach@Manatt.com

Max A. Jacobs (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
1 Beacon Street, 11th Floor
Boston, MA 02108
(617) 646-1450
MJacobs@Manatt.com

Richard L. Hasen*
Shelby Wayment*
SAFEGUARDING DEMOCRACY PROJECT
385 Charles E. Young Drive East
Los Angeles, California 90095
(310) 206-3103
hasenr@gmail.com
wayment.shelbyk@gmail.com

**Pro Hac Vice Applications Pending*

Attorneys for Amicus Curiae Richard L. Hasen

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,<br><br>Defendants. | Case No.: 3:26-cv-00376-SLG |

**NOTICE OF ERRATA REGARDING [PROPOSED] BRIEF OF AMICUS CURIAE**

Proposed amicus curiae Richard L. Hasen respectfully submits this Notice of Errata concerning the [Proposed] Brief of Amicus Curiae filed on October 29, 2026 (Dkt. 48-1).

The previously-filed version of the brief states on page 12: "It requests no relief if Dan J. Sullivan—or the other two candidates on the ballot—win the election." The corrected version of the [Proposed] Brief of Amicus Curiae, attached hereto, states: "It requests no relief if Dan J. Sullivan—or either of the two other candidates on the ballot—loses the election." The corrected brief is identical in all other respects to Dkt. 48-1.

Dated: October 29, 2026


*<u>/s/ Nathaniel L. Bach</u>*
Nathaniel L. Bach (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4204
NBach@Manatt.com

Max A. Jacobs (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
1 Beacon Street, 11th Floor
Boston, MA 02108
(617) 646-1450
MJacobs@Manatt.com

Richard L. Hasen*
Shelby Wayment*
SAFEGUARDING DEMOCRACY PROJECT
385 Charles E. Young Drive East
Los Angeles, California 90095
(310) 206-3103
hasenr@gmail.com
wayment.shelbyk@gmail.com

**Pro Hac Vice Applications Pending*

Attorneys for Amicus Curiae Richard L. Hasen

## CERTIFICATE OF SERVICE

I certify that on October 29, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court for the District of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*<u>/s/ Nathaniel L. Bach</u>*
Nathaniel L. Bach