David R. Weber (Alaska Bar # 8409083
1535 G Street
Anchorage, AK 99501
(907) 258-0044
drweber@acsalaska.net



**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA, et al.<br><br>Defendants | Case No. 3:26-cv-00376-SLG |

**MOTION OF DAVID R. WEBER TO INTERVENE AS DEFENDANT AND MEMORANDUM IN SUPPORT THEREOF**

COMES David R. Weber, and moves this honorable Court to grant his intervention into the above captioned action as a Defendant pursuant to Federal Rule of Civil Procedure ("FRCP") 24(a) and (b). I seek to protect my candidacy for United States Senator for Alaska from Plaintiff's attack. FRCP24(a). I also seek to debunk Plaintiff's assertion that all votes for Daniel J. Sullivan ("Kodiak Dan") were cast in error, and were intended for Dan S. Sullivan ("Ohio Dan") by voluntarily surrendering the secrecy of my ballot.[1]

[1] This exposure of my ballot would become necessary in any event should Plaintiff seek to dispute my affidavit asserting my candidacy for United States Senator for Alaska.

I have standing. After having cast my primary and secondary choices for United States Senator for Alaska, I wrote in my third choice: me. That makes me a candidate for the office Plaintiff seeks to deny me and everyone else who is not Dan S. Sullivan.[2]

One of my prior choices for United States Senator for Alaska was Kodiak Dan. It was not a case of mistaken identity. I like teachers. I think (despite my own candidacy) that lifelong Alaskans should represent Alaska's interests in Washington D.C. I know of no instance where Kodiak Dan has advanced a proposition that assumes I am an idiot.

Conversely, none of my remaining choices were cast for Ohio Dan. Again, not a mistake. Should Kodiak Dan be eliminated, Plaintiff seeks to usurp my vote and cast it where I never would.

In addition to trying to enjoin my, albeit unlikely, victory, Plaintiff seeks to reassign my vote to Ohio Dan. That is where FRCP 24(b) comes in. I am that voter Plaintiff has informed to Court was "confused." Far from being confused as to whom "(Registered Republican) Incumbent" Ohio Dan is, I know precisely who Registered Republican Incumbent Ohio Dan is. That is why I did not vote for Registered Republican Incumbent Ohio Dan. I am not, you see, an idiot, and I deeply resent being treated like one.

My intervention in this matter will in no way delay it. I do not oppose the intervention of any of the other Defendant intervenors, to date. I do not oppose the motions of any of the other Defendant intervenors, to date. I fully concur in and support Defendant State of Alaska's FRCP 12(b)(6) Motion to Dismiss.

[2] While my ultimate electoral triumph is unlikely, my candidacy is a cogent matter of fact and law. In this regard I am already more helpful to the Court than Plaintiff.

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966

Append to this motion as Exhibit 1 is the Affidavit of David R. Weber. Also appended is a Proposed Order granting intervention.

Respectfully submitted this 29th day of October 2026.

David R. Weber

/s/ David R. Weber
By: David R. Weber,
Ak. Bar Assn. No. 8409083

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ David R. Weber
By: David R. Weber,
Ak. Bar Assn. No. 8409083


Case 3:26-cv-00376-SLG Document 58 Filed 10/29/26 Page 3 of 3