David R. Weber (Alaska Bar # 8409083
1535 G Street
Anchorage, AK 99501
(907) 258-0044
drweber@acsalaska.net

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STATE OF ALASKA, et al.

Defendants

Case No. 3:26-cv-00376-SLG

## DECLARATION OF DAVID R. WEBER

Pursuant to 28 U.S.C. § 1746, I, David R. Weber, declare as follows:

1. My name is David R. Weber, I am a citizen of the State of Alaska and the United States above 21 years of age. I am admitted to the Bar in Alaska's State and Federal Courts.

2. I am currently a *boni fide* candidate for the office of United States Senator for the State of Alaska. I concede my chances are slim. Nevertheless, unlike some, I value the actual tabulation of all votes, as cast, and wish to resist

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966

Plaintiff's effort to enjoin the tabulation and certification of the vote(s) in support of my candidacy.

3. On the afternoon of Friday, October 23, 2026 I voted at the Mid-Town Mall Polling Station in Anchorage, Alaska. At the time I voted I was unaware that Plaintiff had taken the unprecedented step of seeking to enjoin certification of the election of anyone other than Dan S. Sullivan ("Ohio Dan") to the office of United States Senator for Alaska. Thus, I cast my ballot utterly unaware of Plaintiff's shenanigans in the United States District Court for the State of Alaska.

4. Alaska has ranked choice voting. My first choice for the office of United States Senator for Alaska WAS NOT Ohio Dan "(Registered Republican) Incumbent". I did rank Daniel J. Sullivan ("Kodiak Dan") above myself.

5. I was not confused. I did not even know of this suit at the time. It was simply my way of giving a central digit salute to a politician I find to be odious, utterly without governing principle, and given to treating his constituency like idiots. It is fair to judge my bias by my strong dislike for Ohio's Third Senator, Registered Republican Incumbent Dan S. Sullivan. There is no way I would EVER vote for the man. I certainly do not want any vote of mine going to Ohio Dan after Plaintiff "helpfully explains" my intentions to the Court.

6. It is for this reason I surrender the secrecy of my easily identifiable ballot. I rather suspect I am the only vote cast for David R. Weber to be the United States Senator for Alaska. That is to say, yes, I voted for myself.

7. Only upon driving home from the polls did I learn of Plaintiff's suit. I was not pleased. Then I read the Complaint. I got no happier.

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966

8. It occurred to me that in seeking to enjoin the certification of anyone other than Ohio Dan as the winner, Plaintiff was seeking to enjoin my being declared the winner. I have standing! It also occurred to me that my writing "David R. Weber" on my ballot made my ballot easily identifiable and I could refute Plaintiff's speculative (and false) assertion to this Court about what was going on between my ears when I ranked Kodiak Dan.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ David R. Weber
By: David R. Weber,
Ak. Bar Assn. # 8409083

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ David R. Weber
By: David R. Weber,
Ak. Bar Assn. No. 8409083

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966