David R. Fox*
Joshua Abbuhl*
Qizhou Ge*
Max C. Accardi*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 948-1135
*dfox@elias.law*
*jabbuhl@elias.law*
*age@elias.law*
*maccardi@elias.law*

*Appearing *Pro Hac Vice*

Thomas P. Amodio
Kevin M. Boots
Lily Ginsburg
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
*tom@reevesamodio.com*
*kevin@reevesamodio.com*
*lginsburg@reevesamodio.com*

Attorneys for Intervenors Alaskans for Mary and DSCC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF ALASKA; CAROL BEECHER, in her official capacity as Director of the Division of Elections of the State of Alaska; the ELECTION BOARDS of the STATE OF ALASKA; and the BALLOT COUNTING REVIEW BOARDS of the STATE OF ALASKA,

Defendants.

Case No. 3:26-cv-00376-SLG

**INTERVENOR-DEFENDANTS ALASKANS FOR MARY AND DSCC'S JOINDER IN DEFENDANTS' MOTION TO EXPEDITE**

Intervenor-Defendants Alaskans for Mary and DSCC hereby join in Defendants' motion to expedite consideration of Defendants' Motion to Dismiss the Amended Complaint, *see* ECF No. 53, and further respectfully request that the Court expedite consideration of Intervenor-Defendants' Motion to Dismiss the Amended Complaint according to the same schedule proposed by Defendants or a substantially similar one.

As Defendants note in their motion—and as Intervenor-Defendants explained in their initial motion to expedite, ECF No. 9—DOJ filed this lawsuit in the midst of the ongoing general election, less than two weeks before election day, raising issues governed exclusively by state law that were definitively resolved by the Alaska Supreme Court months ago. DOJ seeks an unprecedented order precluding certification of the U.S. Senate election if the candidate the President favors loses narrowly. DOJ's claims are utterly without legal basis. And rather than follow the Court's directive to defend the original Complaint, DOJ chose to file an Amended Complaint, which adds nothing of legal substance, in a transparent attempt to extend the lifespan of this case.

The Court should not allow this lawsuit to hang like the Sword of Damocles over the ongoing election, lending false legitimacy to both the President's and the Attorney General's ongoing efforts to spread false narratives about Alaska's elections as voting continues and as results begin to be tabulated next week.

For these reasons, the Court should grant Defendants' motion to expedite, and should further consider Intervenor-Defendants' Motion to Dismiss the Amended Complaint on the schedule proposed by Defendants.

Dated: October 29, 2026.

REEVES AMODIO LLC

Attorneys for Proposed Intervenors

By: /s/ *Thomas P. Amodio*
Thomas P. Amodio, ABA #8511142
*tom@reevesamodio.com*

By: /s/ *Lily Ginsburg*
Lily Ginsburg, ABA #2411117
*lginsburg@reevesamodio.com*

By: /s/ *Kevin M. Boots*
Kevin M. Boots, ABA #0912090
*kevin@reevesamodio.com*

500 L Street, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 222-7100

David R. Fox*
Joshua Abbuhl*
Qizhou Ge*
Max C. Accardi*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 948-1135
*dfox@elias.law*
*jabbuhl@elias.law*
*age@elias.law*
*maccardi@elias.law*

*Appearing *Pro Hac Vice*

Attorneys for Intervenors
Alaskans for Mary and DSCC

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Kevin M. Boots*
Kevin M. Boots