Cindy Woods (AK Bar # 2510078)
Eric Glatt (AK Bar # 1511098)
ACLU of Alaska Foundation
P.O. Box 90744
Anchorage, AK 99509
(907) 258-0044
cwoods@acluak.org

Ari Savitzky* (AK Bar # NA21918)
Ming Cheung*
Theresa J. Lee* (AK Bar # NA21922)
Garrett Muscatel*
Sophia Lin Lakin* (AK Bar # NA21593)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
asavitzky@aclu.org

*Attorneys for Intervenors Risé Roy, Jan Jakub Grzeda, League of Women Voters of Alaska, and Common Cause*

* *Admitted pro hac vice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>*Defendants*,<br><br>RISÉ ROY, *et al.*,<br><br>*Defendant-Intervenors*,<br><br>ALASKANS FOR MARY, *et al.*,<br><br>*Defendant-Intervenors*. | Case No. 3:26-cv-00376-SLG<br><br>**INTERVENORS RISÉ ROY, JAN JAKUB GRZEDA, LEAGUE OF WOMEN VOTERS OF ALASKA, AND COMMON CAUSE'S JOINDER IN MOTION TO EXPEDITE** |

On October 28, Alaska voters Risé Roy and Jan Jakub Grzeda, and the League of Women Voters of Alaska and Common Cause, two non-partisan civil society organizations with thousands of Alaska voter members (collectively, the LWVAK Intervenors), were granted intervention as defendants in this action.[1] With their intervention motion, LWVAK Intervenors submitted a proposed motion to dismiss pursuant to Rule 12(b)(6) fully setting forth the grounds for immediate dismissal of the United States's frivolous, election-eve lawsuit seeking to block certification of Alaska's imminent U.S. Senate election.[2] On October 29, the United States filed an amended complaint adding another count to their pleading as well as additional allegations stemming from recent news reports.[3] LWVAK Intervenors filed an updated motion to dismiss that same day.

LWVAK Intervenors now join in the recently-filed motion of the State Defendants for expedition on their pending renewed motion to dismiss.[4] Voting in Alaska is already underway.[5] The relief sought in the United States' Amended Complaint remains baseless, threatens Alaskans' right to vote, and undermines the ongoing work of groups like the League of Women Voters of Alaska and Common Cause to encourage and promote civic

---

[1] *See* Dkt. No. 35; *see also* Dkt. Nos. 6-2, 6-3, 6-4, 6-5 (Declarations of Ms. Roy, Mr. Grzeda, and representatives from the League of Women Voters of Alaska and Common Cause).

[2] *See* Dkt. No. 6-1.

[3] Dkt. No. 43.

[4] *See* Dkts. No. 53, 55.

[5] *Democratic Nat'l Comm. v. Wis. State Legislature*, 592 U.S. 1039, 1043 (2020) (Kavanaugh, J., concurring) ("The Court's precedents recognize a basic tenet of election law: When an election is close at hand, the rules of the road should be clear and settled.") (collecting cases).

participation and confidence in our form of government.[6] The public interest favors the swift dismissal of the action with prejudice and consideration of sanctions against the attorneys who signed these frivolous pleadings.[7]

LWVAK Intervenors accordingly join in the State Defendants' motion to expedite and ask that their Motion to Dismiss the Amended Complaint be considered on the schedule proposed by Defendants and agreed to by the United States or any other expedited schedule ordered by the Court.

## CONCLUSION

For the foregoing reasons, LWVAK Intervenors request that their Motion to Dismiss be considered on an expedited basis.

DATED: October 29, 2026

Respectfully submitted,

/s/ Eric Glatt
Eric Glatt (AK Bar # 1511098)
Cindy Woods (AK Bar # 2510078)
ACLU of Alaska Foundation
P.O. Box 90744
Anchorage, AK 99509
(907) 258-0044
cwoods@acluak.org
eglatt@acluak.org

Ari Savitzky* (AK Bar # NA21918)
Ming Cheung*
Theresa J. Lee* (AK Bar # NA21922)
Garrett Muscatel*
Sophia Lin Lakin* (AK Bar # NA21593)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
asavitzky@aclu.org

** Admitted pro hac vice*

*Attorneys for Intervenors Risé Roy, Jan Jakub Grzeda, League of Women Voters of Alaska, and Common Cause*

---

[6] *See* Dkt. Nos. 6-4, 6-5.

[7] *See, e.g.*, *United States v. California*, No. 2:26-cv-12025, 2026 WL 3252428, at *1 (C.D. Cal. Oct. 28, 2026) ("If Plaintiff's last-minute request for relief were granted, either party could create chaos for their own political purposes to disrupt the election process.").

## WORD COUNT CERTIFICATION

I hereby certify that the foregoing document, exclusive of caption and signatures, contains less than 5,700 words typed in Times New Roman, 13-point font.

*/s/ Eric Glatt*
Eric Glatt
ACLU of Alaska Foundation