Kathryn Sadasivan
NAACP Legal Defense & Educational Fund, Inc.
40 Rector St. FL, 5
New York, NY 10006
ksadasivan@naacpldf.org
Phone: (332) 600-9546

Attorney for proposed *Amici Curiae* NAACP and NAACP AOWSAC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA., <br> *Plaintiff*, <br> v. <br> STATE OF ALASKA, *et al.*, <br> *Defendants*. | Case No. 3:26-cv-00376-SLF <br><br> Unopposed Motion for Leave to File *Amici Curiae* Brief in Support of Neither Party by National Association for the Advancement of Colored People and the NAACP Alaska Oregon Washington State Area Conference |

The National Association for the Advancement of Colored People ("NAACP") and the NAACP Alaska Oregon Washington State Area Conference ("NAACP AOWSAC"), the state area conference for and a unit of the NAACP, respectfully request leave to file the attached *amici curiae* brief in the above-captioned action in support of neither party. The district court has broad discretion to grant or refuse prospective amicus participation. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. O'Connor*, 515 U.S. 472 (1995). Counsel for *amici curiae* conferred with counsel for all parties and all consented.

The NAACP is the oldest and largest civil rights organization in the United States. Founded in 1909 by pioneers of racial justice, the NAACP's core mission has long been to ensure political,

educational, social, and economic equality. In furtherance of its mission, the NAACP has worked to protect the fundamental rights of its members and all Black people and other people of color, offering a unique slate of programs that provide education, community-based advocacy, and general assistance to voters seeking to make their voices heard. For example, the NAACP develops and executes programs that promote civic participation by helping its members and other citizens register to vote and aiding voters in casting their ballots. It also supports its thousands of state, regional, and local units working to advance the organization's goals at every level.

The NAACP's efforts to advance its mission and protect voters' fundamental rights are undermined by government actions that heighten barriers to voting. Amicius Curiae NAACP has a strong interest in the fair application of the United States Constitution and federal and state antidiscrimination laws. The NAACP Alaska Oregon Washington State Area Conference ("NAACP AOWSAC") is the state area conference for the NAACP and includes, as one of its units, the NAACP Anchorage Branch. The NAACP AOWSAC has approximately 350 members in Alaska. The NAACP and NAACP AOWSAC submit that their experience and knowledge will assist the Court in this case.

*Amicus curiae* assist in cases "of general public interest" by "supplementing the efforts of counsel, and drawing the court's attention to law that might otherwise escape consideration." *Funbus Sys., Inc. v. Cal. Pub. Util. Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986). "District courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (internal quotations omitted).

Here, *amici* seek to serve as a true "friend of the court" and to advise the court "so that justice may be done, rather than to advocate a point of view." *Ctr. For Biological Diversity v. EPA*, No. CV-20-00555, 2023 WL 4542990, at *2 (D. Ariz. June 27, 2023). As *amici*, the NAACP and NAACP AOWSAC brief offers a "unique information or perspective that can help the court

beyond the help that the lawyers for the parties are able to provide." *Id.*; *see also Feehan v. Wis. Elections Comm'n*, No. 20-CV-1771, 2020 WL 8571817, at *2 (E.D. Wis. Dec. 8, 2020) (allowing an amicus to file a brief that raised the "perspective of Black voters").

For the foregoing reasons, the NAACP and NAACP AOWSAG respectfully requests that the Court grant this Motion and order that the *amici curiae* brief attached hereto be filed in this Action. A proposed order also is attached.

Dated: October 31, 2026

Respectfully submitted,

/s/ *Kathryn C. Sadasivan*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
Kathryn Sadavasian*
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
ksadavasian@naacpldf.org

**Pro hac vice* motion pending

## CERTIFICATE OF SERVICE

I, Kathryn C. Sadasivan, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

This 31st day of October, 2026.

*/s/ Kathryn C. Sadasivan*
Kathryn C. Sadasivan