**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>STATE OF ALASKA, *et al.*,<br>*Defendants*. | Case No. 3:26-cv-00376-SLF<br>[Proposed] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE NAACP AND NAACP AOWSAC |

**ORDER**

Before this Court is the Motion for Leave to File *Amici Curiae* Brief in Support of Neither Party by National Association for the Advancement of Colored People ("NAACP") and the NAACP Alaska Oregon Washington State Area Conference ("NAACP AOWSAC") filed on October 30, 2026. Upon due consideration of the Motion, the Court hereby GRANTS the motion. The Clerk of Court shall file the *Amici Curiae* Brief of the NAACP and NAACP AOWSAC attached to that Motion.

**DATED this _______ day of ______________________, 2026 in Anchorage, Alaska**.

________________________
Hon. Sharon L. Gleason
Chief United States District Judge
District of Alaska