**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF ALASKA, *et al.*<br>Defendants. | Case No. 3:26-cv-00376-SLG |

## ORDER ON MOTION FOR EXPEDITED CONSIDERATION

Before the Court at Docket 53 is Defendants' Motion for Expedited Consideration of Their Motion to Dismiss the Amended Complaint.[1] Intervenor-Defendants Alaskans for Mary and Democratic Senatorial Campaign Committee ("DSCC") (collectively, "Campaign" or "Campaign Intervenor-Defendants") and Intervenor-Defendants Risé Roy, Jan Jakub Grzeda, League of Women Voters of Alaska, and Common Cause (collectively, "League of Women Voters" or "League of Women Voters Intervenor-Defendants") filed joinders to the State's motion to expedite at Docket 59 and Docket 61, respectively.[2]

---

[1] *See* Docket 54 (Walsh Decl.); Docket 55 (Motion to Dismiss).

Defendants are the State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska (collectively, "the State" or "Defendants"). Docket 1 at ¶¶ 11-14.

[2] *See* Docket 57 (Campaign's Motion to Dismiss Amended Complaint); Docket 60 (League of Women Voters' Motion to Dismiss Amended Complaint).

Good cause for expedited consideration being shown, it is **HEREBY ORDERED**:

The State's Motion for Expedited Consideration at Docket 53 and Intervenor-Defendants' Motions for Joinder at Docket 59 and Docket 61 are each **GRANTED as follows**.

The United States shall file its response to all three Motions to Dismiss the Amended Complaint at Docket 55, Docket 57, and Docket 60 **by Friday, October 30, 2026, at 1:00 p.m.** The State and Intervenor-Defendants may file replies **by Saturday, October 31, 2026, at noon.**

DATED this 30th day of October, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE