STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 514-9500
Email: Stanley.Woodward@usdoj.gov

MICHAEL J. HEYMAN
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: Bryan.Wilson@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,<br><br>Defendants. | Civ. No. 3:26-cv-00376-SLG<br><br>**DECLARATION OF ASSISTANT U.S. ATTORNEY E. BRYAN WILSON** |

I, E. Bryan Wilson, Assistant U.S. Attorney, pursuant to Local Rule 7.3(a), declare under penalty of perjury that the following is true:

1. The United States of America is acting in good faith and for good cause to move the Court for expedited consideration of its Motion for Expedited Discovery and Preliminary Injunction.
2. Election Day is on November 3, 2026, which poses a substantial risk that the candidacy before us will mislead voters and ultimately result in an electoral process that lacks integrity.
3. The United States of America seeks to preserve and segregate all ballots ranking Daniel J. Sullivan for the purposes of investigating whether such ranking was the product of voter confusion, should such an investigation become necessary.
4. The United States of America contends that the proposed precautionary measures will be impossible after Election Day, showing good cause for expedited consideration.
5. The United States of America seeks expedited discovery on the topics of (1) Intervenor Alaskans for Mary Peltola's internal and external conversations regarding its efforts to recruit Daniel J. Sullivan to run for office, and (2) Intervenor Democratic Senatorial Campaign Committee internal and external conversations regarding its efforts recruit Daniel J. Sullivan to run for office.

6. The undersigned has contacted lead counsel for Defendants and Intervenors in an effort to resolve the matter. None of them believed the matter could be resolved without additional litigation.

7. This Declaration, the United States' Motion for Preliminary Injunction and Expedited Discovery and United States' Motion for Expedited Consideration will be served upon Defendants and Intervenors by electronic means immediately upon filing.

Dated: October 30, 2026

Respectfully submitted,

MICHAEL J. HEYMAN
United States Attorney

/s/ E. Bryan Wilson
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Bryan.Wilson@usdoj.gov

*Attorneys for the United States of America*

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

**Certificate of Service**
I hereby certify that on October 30, 2026, a true and correct copy of the foregoing document was served electronically through the CM/ECF system upon all case participants who are registered CM/ECF users.

/s/ E. Bryan Wilson
Office of the U.S. Attorney