IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

United States of America,

Plaintiff,

v.

State of Alaska; Carol Beecher, in her official capacity as Director of the Division of Elections of the State of Alaska; the Election Boards of the State of Alaska; and the State Ballot Counting Review Board of the State of Alaska,

Defendants,

and

Alaskans for Mary, Democratic Senatorial Campaign Committee Risé Roy, Jan Jakub Grzeda, League of Women Voters of Alaska, and Common Cause,

Intervenor-Defendants.

Civ. No. 3:26-cv-00376-SLG

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION**

The United States' Motion for Expedited Consideration is hereby GRANTED. This Court will decide the Motion no later than Monday, November 2, 2026.

Dated: ________________

______________________________
Honorable Sharon L. Gleason
United States District Judge