David R. Weber (Alaska Bar # 8409083
1535 G Street
Anchorage, AK 99501
(907) 258-0044
drweber@acsalaska.net

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA, et al.<br><br>Defendants | Case No. 3:26-cv-00376-SLG |

**EMERGENCY MOTION TO EXPEDITE THE COURT'S CONSIDERATION OF INTERVENING DEFENDANT DAVID R. WEBER MOTION TO INTERVENE AND MEMORANDUM IN SUPPORT THEREOF**

**COMES NOW** Proposed Intervenor David R. Weber ("David") and respectfully files this emergency motion to expedite the Court's consideration of his Motion to Intervene, ECF No. 58. David requests that the Court order the Department of Justice ("DOJ") and the existing Defendants, at their option, to respond to the Motion by 3 P.M., Monday, November 2, 2026. David waives reply.

The Court is respectfully requested to resolve the Motion as soon as possible, prior to disposition of this case, and on or before November3, 2026. Plaintiff filed

this lawsuit well into a General Election. Plaintiff's "October Surprise" seeks to strip David of his candidacy and his vote. Plaintiff seeks to reassign David's vote to someone David firmly believes is unfit for office. Plaintiff seeks to enjoin the electoral victory of anyone other than someone David firmly believes is unfit for office. Plaintiff seeks to do so, in part, on a false assertion of speculative fact that David is uniquely situated to dispute with real facts.

In accordance with Local Rule 7.3(a), the attached declaration from counsel for Proposed Intervenors details the facts supporting the need for expedited consideration.

Respectfully submitted this 31st of October 2026.

David R. Weber

/s/ David R. Weber
By: David R. Weber,
Ak. Bar Assn. No. 8409083

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31st, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ David R. Weber
By: David R. Weber,
Ak. Bar Assn. No. 8409083

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966