David R. Weber (Alaska Bar # 8409083
1535 G Street
Anchorage, AK 99501
(907) 258-0044
drweber@acsalaska.net

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA, et al.<br><br>Defendants | Case No. 3:26-cv-00376-SLG |

## DECLARATION OF DAVID R. WEBER

Pursuant to 28 U.S.C. § 1746, I, David R. Weber, declare as follows:

1. My name is David R. Weber, I am a citizen of the State of Alaska and the United States above 21 years of age. I am admitted to the Bar in Alaska's State and Federal Courts. My intervention should be granted on an emergency, expedited basis.

2. Time is of the essence. Plaintiff's principal, Counsel for Plaintiff, and the Governor of this State are using this case to allege, or slyly hint at, criminal activity to any media outlet that will give them voice.

3. Plaintiff is actively alleging that I must have intended to vote other than I did. That record, absent my intervention, is the record to be appealed up to a higher Court that has, in the view of many observers, welcomed fanciful representations of reality. This Court's decision is likely ready.

4. Further, the other intervening Defendants' attentions are on other ultimate goals. David's goals, while much the same, also include dissuading Plaintiff, and its attorneys, from ever again using a small filing fee to seize upon the fiscal resources of this Court, and the attention of the national media, to make an illegal donation to preferred political candidate to provide this unique "October Surprise" for its preferred political candidate. It constitutes a campaign donation using someone else's money. My intervention should predate the dismissal of this case so that I can pursue appropriate relief against Plaintiff and its attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ David R. Weber
By: David R. Weber,
Ak. Bar Assn. # 8409083

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31st 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:26-cv-00376-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ David R. Weber
By: David R. Weber,
Ak. Bar Assn. No. 8409083

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966