David R. Weber (Alaska Bar # 8409083
1535 G Street
Anchorage, AK 99501
(907) 258-0044
drweber@acsalaska.net

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA, et al.<br><br>Defendants | ) | Case No. 3:26-cv-00376-SLG |

**[PROPOSED] ORDER GRANTING DAVID R.WEBER'S EMERGENCY MOTION TO EXPEDITE CONSIDERATION HIS MOTION TO INTERVENE**

Before the Court is Proposed Intervenor David R. Weber's (David) Emergency Motion To Expedite The Court's Consideration Of Intervening Defendant David R. Weber Motion To Intervene (And Memorandum In Support Thereof). The Court, having considered the materials submitted in connection with the motion, and finding good cause shown, hereby ORDERS that the motion is GRANTED as follows:

1. Plaintiff is directed to respond David's Motion to Intervene, ECF No. 58, by no later than 3:00 pm AKDT on Monday, November 2, 2026. Defendants may file any response to those motions by that same deadline.

2. David has waived reply and shall file none.

SO ORDERED, this _____ day of Nvember 2026, at Anchorage, Alaska.

______________________________
Honorable Sharon L. Gleason
United States District Court Judge

LAW OFFICE OF DAVID R. WEBER
1535 G STREET
ANCHORAGE, ALASKA 99501
(907) 240-9966