# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:26-cv-00376-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the United States' Amended Complaint is DISMISSED without prejudice.

APPROVED:

***/s/Sharon L. Gleason***
Sharon L. Gleason
United States District Judge

Date: November 1, 2026

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court