**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>vs.<br>STATE OF ALASKA, et al.,<br><br>Defendant(s). | Case No. 3:26-cv-00376-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Kathryn C. Sadasivan (name), hereby apply for permission to appear and participate as counsel for NAACP AOWSAC & NAACP (Name of party), Amicus Curiae (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate (Name), a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: October 30, 2026

s/ Kathryn C. Sadasivan
(Signature)

Kathryn C. Sadasivan
(Printed Name)

40 Rector Street, 5th Floor
(Address)

New York, NY 10006
(City/State/Zip)

332.600.9546
(Telephone Number)

ksadasivan@naacpldf.org
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

(Signature)

(Printed Name)

(Address)

(City, State, Zip)

(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Kathryn C. Sadasivan

Business Address: 40 Rector Street, 5th Floor, New York, NY 10006
(Mailing/Street) (City, State, ZIP)

Residence: 80 Castle Road, Chappaqua, NY 10514
(Mailing/Street) (City, State, ZIP)

Business Telephone: 212.965.2200 e-mail address: ksadasivan@naacpldf.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

(table attached)

| | | |
|---|---|---|
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: November 2, 2026

Kathryn C. Sadasivan

(Signature of Applicant)

**Jurisdictions to Which Admitted – Kathryn C. Sadasivan**

| Jurisdiction | Address | Year |
|---|---|---|
| State Bar of the District of Columbia | 430 E Street NW, Room 115, Washington, DC 20001 | 2016 |
| State Bar of New York | P.O. Box 7350, Capitol Station, Albany, NY 12224-0350 | 2020 |
| State Bar of Alabama | P.O. Box 671, Montgomery, AL 36101 | 2018 |
| Alabama Northern District Court | 1729 5th Avenue North, Birmingham, AL 35203 | 2021 |
| U.S. Court of Appeals 7th Cir. | 219 S. Dearborn Street, Room 2722, Chicago, IL 60604 | 2020 |
| U.S. Court of Appeals 5th Cir. | 600 S. Maestri Place, New Orleans, LA 70130-3048 | 2021 |
| U.S. Court of Appeals 6th Cir. | 540 Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, OH 45202-3988 | 2019 |
| U.S. Court of Appeals 11th Cir. | 56 Forsyth St., N.W., Atlanta, GA 30303 | 2022 |
| District of Columbia District Court | 333 Constitution Avenue NW, Room 1225, Washington, D.C. 20001 | 2018 |
| U.S. Supreme Court | 1 First Street NE, Washington D.C. 20543 | 2022 |
| Florida Northern District Court | 111 N. Adams Street, Suite 322, Tallahassee, FL 32301 | 2020 |

*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## *Kathryn Carden Sadasivan*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***January 23, 2020****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of Albany on October 29, 2026.*

Robert D Mayberger

*Clerk of the Court*

*CertID-00315922*