K.L. Smith
3649 Evergreen Pkwy. #504
Evergreen, CO 80401-0504
(720) 404-5383
manncoulter.fox@gmail.com
Pro se Movant/Proposed Amicus Curiae

RECEIVED
NOV 02 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE OF ALASKA; CAROL BEECHER, in her official capacity as Director of the Division of Elections of the State of Alaska; the ELECTION BOARDS OF THE STATE OF ALASKA; and the STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,**<br><br>**Defendants.** | **Case No. 3:26-cv-00376-SLG**<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE K.L. SMITH** |

K.L. Smith respectfully moves for leave to file the attached brief as amicus curiae. The Federal Rules of Civil Procedure do not address amicus filings, and the Court has broad discretion to accept a brief that offers useful information or perspective the parties may not supply.

## I. IDENTITY AND INTEREST OF PROPOSED AMICUS

Movant is a true amicus curiae—a non-Alaskan, with no personal or pecuniary interest in the outcome of this case. Movant has previously litigated the constitutional qualifications of Donald J. Trump to hold the office of President of the United States. See *Smith v. Trump*, No. 25-cv-03602 (D.D.C. Apr. 16, 2026), appeal pending, No. 26-5164 (D.C. Cir.).

## II. REASONS THIS BRIEF WILL ASSIST THE COURT

The matter before this Court implicates a threshold question neither party has raised: whether this action was instituted by officers who are lawfully authorized to represent the United States. That question implicates the Court's independent obligation to examine its jurisdiction and the authority of those invoking it. *United States v. Providence Journal Co.*, 485 U.S. 693, 708 (1988) ("Absent a proper representative of the Government as a petitioner ... jurisdiction is lacking"); *Mansfield, C. & L.M. Ry. Co. v. Swan,* 111 U.S. 379, 382 (1884) (the court is bound to examine jurisdiction on its own initiative). As that question goes to the propriety of the proceeding itself, and because the proposed brief presents authorities and arguments not otherwise before the Court, Movant believes this information will be of value to it.

## III. TIMELINESS AND NO PREJUDICE

This Motion is filed promptly after the Complaint, at the outset of the case. The brief is concise and will not delay proceedings.

For these reasons, Movant respectfully requests leave to file the attached brief.

Respectfully submitted this 26th day of October, 2026,

K.L. Smith
3649 Evergreen Pkwy. #504
Evergreen, CO. 80437-0504
Manncoulter.fox@gmail.com
(720) 404-5383

## CERTIFICATE OF SERVICE

I certify that on October 26, 2026, I served a copy of the foregoing Motion for Leave to File Brief of Amicus Curiae, together with its attachments, upon counsel for Plaintiff United States of America, identified below, by First-Class Mail, postage prepaid.

Defendants have not yet appeared in this action and have not been served with this motion.

STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 514-9500
Email: Stanley.Woodward@usdoj.gov

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Bryan.Wilson@usdoj.gov

/s/ K.L. Smith
K.L. Smith

Kenneth Smith
23636 Genesee Village Rd
Golden, CO 80401

US DISTRICT COURT
222 W. 7TH AVE, RM 229
ANCHORAGE, AK 99513