UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE OF ALASKA; CAROL BEECHER, in her official capacity as Director of the Division of Elections of the State of Alaska; the ELECTION BOARDS OF THE STATE OF ALASKA; and the STATE BALLOT COUNTING REVIEW BOARD OF THE STATE OF ALASKA,**<br><br>**Defendants.** | **Case No. 3:26-cv-00376-SLG**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE** |

Before the Court is the Motion for Leave to File Brief of Amicus Curiae filed by non-party K.L. Smith, an American citizen, seeking leave to file a brief as amicus curiae recommending dismissal of the case for want of a properly authorized representative of Plaintiff United States of America. The proposed brief was lodged with the motion.

Having considered the motion, **IT IS ORDERED** that the motion is **GRANTED**. The Clerk of Court shall file the Brief of Amicus Curiae of K.L. Smith, lodged with the motion, as of the date of this Order.

DATED this ____ day of ________________, 2026, at Anchorage, Alaska.

**SHARON L. GLEASON**
Chief United States District Judge