Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

---

Docket Number: 26-7304
Originating Case Number: 3:26-cv-00376-SLG

Case Title: United States of America v. State of Alaska, et al.

---

**11/9/2026**

| | |
|---|---|
| United States of America | Mediation Questionnaire due |

**11/16/2026**

| | |
|---|---|
| State of Alaska | Corporate Disclosure Statement due |
| Democratic Senatorial Campaign Committee | Corporate Disclosure Statement due |
| Alaskans For Mary | Corporate Disclosure Statement due |
| Common Cause | Corporate Disclosure Statement due |
| State Ballot Counting Review Board of the State of Alaska | Corporate Disclosure Statement due |
| United States of America | Corporate Disclosure Statement due |
| Election Boards of the State of Alaska | Corporate Disclosure Statement due |
| Carol Beecher | Corporate Disclosure Statement due |
| Ris Roy | Corporate Disclosure Statement due |
| Jan Jakub Grzeda | Corporate Disclosure Statement due |
| League of Women Voters of Alaska | Corporate Disclosure Statement due |

**12/14/2026**

| | |
|---|---|
| United States of America | Appeal Opening Brief (No Transcript Due) |

**1/11/2027**

| | |
|---|---|
| League of Women Voters of Alaska | Appeal Answering Brief (No Transcript Due) |
| State of Alaska | Appeal Answering Brief (No Transcript Due) |
| Ris Roy | Appeal Answering Brief (No Transcript Due) |
| Election Boards of the State of Alaska | Appeal Answering Brief (No Transcript Due) |
| Democratic Senatorial Campaign Committee | Appeal Answering Brief (No Transcript Due) |
| Alaskans For Mary | Appeal Answering Brief (No Transcript Due) |
| Jan Jakub Grzeda | Appeal Answering Brief (No Transcript Due) |
| State Ballot Counting Review Board of the State of Alaska | Appeal Answering Brief (No Transcript Due) |
| Carol Beecher | Appeal Answering Brief (No Transcript Due) |
| Common Cause | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.** ***See*** **9th Cir. R. 42-1.**